CONFIDENTIAL

**FINAL INVESTIGATION REPORT[1]**

On May 25, 2018, Complainant 2 filed a complaint against Respondent under Indiana University's Sexual Misconduct Policy. An investigation was conducted as outlined below.

**[redacted]ary of Allegations**

[redacted]2 alleged that, on or around September 4, 2017, at the Sigma Nu fraternity house, Respondent engaged in [redacted]ards Complainant 1 and Complainant 2 that may constitute sexual exploitation. These alleged behaviors include engaging in voyeurism by viewing sexual acts involving Complainant 1 and Complainant 2 without either individual's consent; photographing, recording and/or transmitting sexual utterances, sounds, and/or images involving Complainant 1 and Complainant 2 without either individual's consent; and allowing others to view sexual acts involving Complainant 1 and Complainant 2 in person and/or via an electronic device without either individual's consent.

**II. History of Investigation**

The Sexual Misconduct team within the Office of Student Conduct ("OSC") acts as a neutral, fact gathering body througho[redacted]n assigned case. Investigator for Sexual Misconduct Simone Cardosa ("Inv. Cardosa") was assig[redacted]Dowell") assisted i[redacted]

In Septe[redacted] and female having sexual intercourse at the S[redacted]maszczyk") and Associate Director Laure Mals[redacted] AD Stelmaszcyk and AD Mals intervie[redacted]ame of Complainant 1, but not Complaina[redacted]

On September 29, 2017, Complai[redacted]ant 1 was provided with and signed the Com[redacted]acy, confidentiality, interim measures,[redacted]ask questions about the University's p[redacted]ess and a copy of the Procedures for Respo[redacted] Complainant 1. These documents[redacted]bal statement and indicated th[redacted]2018, Complainant 1 provided a[redacted]eceived a recording of Complainant [redacted]

On May 24, 2018, IUPD notified O[redacted]n making the report on May 25, 2018. On M[redacted]ontacted OSC to schedule a Complainant In[redacted]May 25, 2018, Complainant 2 and CVA Tho[redacted]ainant 2 was provided with and signed the Complainant Information Form, which addresses topics including process, privacy, confidentiality, interim measures, resources, and retaliation. Complainant 2 was offered the opportunity to ask questions about the University's process. Inv. C[redacted] flowchart outlining the University's process and a copy of the Procedures for Responding to Inc[redacted]ions of Student Sexual Misconduct with Complainant 2. These documents are included [redacted]neeting, Complainant 2 indicated that she wanted

[1] The contents of this document are confidential an[redacted]ecipient. An identical copy of this Report, with the exception of the name identifier on the watermark, was provided to the other party. Any form of reproduction, dissemination, modification, distribution, and/or publication of this material is strictly prohibited.

to move forward with an OSC investigation and asked for her statement to IUPD to be used as her statement for the University process. On June 5, 2018, OSC received Complainant 2's statement to IUPD.

On June 12, 2018, Complainant 2 and CVA Thomas met with Inv. Cardosa and Inv. McDowell to answer follow up [redacted]ring the meeting, Complainant 2 identified Witness 3, Witness 5, Witness 6, Witness 7, and Witness 9.

[redacted]18, IUPD asked OSC if they could wait to notify Respondent of the University process until after IUPD has [redacted]espondent. OSC complied with IUPD request. On July 10, 2018, IUPD informed OSC that they had spoken [redacted]ent.

Respondent was notified of the allegations against him on July 13, 2018 and was instructed to attend an investigation meeting on July 17, 2018. Respondent asked to have the meeting rescheduled for July 23, 2018. On July 17, 2018 Inv. Cardosa and Inv. McDowell had a phone call with Respondent in which the No Contact Order was explained. On July 23, 2018, Inv. Cardosa and Inv. McDowell met with Respondent and his advisor, William Spalding. Respondent was provided with and signed the Respondent Information Form, which addresses topics such as process, privacy, confidentiality, interim measures, resources, amnesty, and retaliation. Respondent was offered the opportunity to ask questions about the Unive[redacted]dosa also went over a flowchart with Respondent outlining the University's process and Respond[redacted] of the procedures for Responding to Incidents Involving Allegations of Student Sexual Miscondu[redacted]atement and identifie[redacted]

Witness [redacted]

## III. Parties and Witnesses

**Complainant 1**

<u>Meeting on September 29, 2017</u>[redacted]

On September 29, 2017, Complai[redacted]

AD Mals explained that the purpo[redacted]omplainant 1 and another person (Complaina[redacted]he picture AD Mals was referring too.

When asked if he consente[redacted] he consented to the picture b[redacted]ture being shared, but that he wanted to ma[redacted]activity was okay with the picture being share[redacted]with the picture and isn't too concerned b[redacted]

When asked if he was comfortabl[redacted]d that he was and that Respondent took the picture. When asked if he was comfortable sharing the name of Complainant 2, Complainant 1 stated that he was not. When asked when he was first aware of the picture being taken, Complainant 1 stated that, while he was with Complainant 2, he turned around and saw that Respondent was in the room, but he didn't know that Respondent was taking a pict[redacted]plainant 2 was aware that the picture was being taken, Complainant 1 stated that she was not. [redacted]at Complainant 2 only knew about the picture after it was shared on a GroupMe chat. Compl[redacted]aw the picture in the GroupMe chat and said, "Oh hey, that's me!" Complainant 1 stated that he [redacted]ner of the GroupMe chat, to delete the picture. Complainant 1 stated that Witness 2 deleted t[redacted]upMe chat within 15 minutes of it being shared.

Complainant 1 stated that a member of the GroupMe chat screenshotted the picture before it was deleted and put it on SnapChat. When asked if the picture was posted anywhere else, Complainant 1 stated that it was not.

When asked were the picture was taken, Complainant 1 stated that it was taken at Sigma Nu after an event at Sigma Phi [redacted] asked where the picture was taken in Sigma Nu, Complainant 1 stated that the picture was taken in the [redacted] living room for the brothers that lived in that suite. Complainant 1 clarified that it was his friend's suite, [redacted]ndent. Complainant 1 stated that in the "chill room" he and Complainant 2 were on the couch. When [redacted]xual activity occurred, Complainant 1 stated "sex" and confirmed it was penile to vaginal penetration.

When asked if Respondent had been drinking when he took the picture, Complainant 1 stated that he doesn't know, but doesn't believe a sober person would do something like that.

Statement to IUPD

On June 1, 2018, Complainant 1 provided a statement to IUPD. The police report number associated with Complainant 1's statement is 181327 and the statement is included in the file. In his statement to the police Complainant 1 stated that he and Complainant 2 were engaging in sexual activity in a room in the Sigma Nu fraternity house. Complainant 1 stated that while he and Complainant 2 were having sex, someone came into the room and said, "oops, sorry," then closed th[redacted]tated that he did not see who opened the door, but he stopped having sex with Complai[redacted]mplainant 2 was sittir[redacted]mplainant 2 responde[redacted]2 got back on her ha[redacted]

Complainant 1 stated that the doc[redacted]inant 1 stated that he looked at Responde[redacted] hand. Complainant 1 stated that Respon[redacted] for him and Complainant 2 and they stopped [redacted]

Complainant 1 stated that after a [redacted]ant 1 stated that he wanted to check in on Co[redacted]owed Complainant 1 the picture IUPD h[redacted]pondent's name and the fraternity pledge cl[redacted] 2.

Meeting on June 8, 2018

On June 8, 2018, Complain[redacted]ell.

Complainant 1 stated that he was [redacted]e in the Sigma Nu fraternity house at that [redacted]ture of him and Complainant 2. Complainant [redacted]'t care about the picture.

Complainant 1 stated that, on the day of the reported incident, September 4, 2017, he and Complainant 2 were engaging in sexual activity in a room at the Sigma Nu fraternity house.

Complainant 1 stated that, while he and Comp[redacted] sexual activity, people came into the room. Complainant 1 stated that, at one point, he he[redacted]d say, "Oh, sorry" and then that person left. Complainant 1 stated that, sometime later, so[redacted]nto the room and took a picture. Complainant 1 stated that he thought, "Oh, it's my friends. Th[redacted]rying to mess with me." When asked to elaborate, Complainant 1 stated that he saw his friend, R[redacted]om and he (Complainant 1 ) said something along the lines of, "Hey what's up?" and "put up a peace sign." Complainant 1 stated that Respondent then left the room.

Complainant 1 stated that he saw that Respondent was holding a phone. When asked if it was just Respondent that entered the room, Complainant 1 stated that there were maybe one or two other people with Respondent, but he couldn't remember who they were. When asked what happened when those individuals entered the room, Complainant 1 stated that he and Complainant 2 acknowledged that there were intruders. Complainant 1 stated he didn't know when [redacted]s taken. Complainant 1 stated that he was told later that there was a picture taken. Complainant 1 stated [redacted]'t remember exactly when he found out that the picture was taken. When asked what position he and [redacted]2 were in when people came into the room, Complainant 1 stated that every time someone came in, [redacted]2 was on her hands and knees and Complainant 1 was behind her.

Statement to Prosecutor

On August 17, 2018, OSC received a copy of Complainant 1's verbal statement to the Monroe County Prosecutor, Josh Radicke, that was taken on July 13, 2018. Complainant 1's attorney, Sam Shapiro, was also present.

In his verbal statement, Complainant 1 stated that on September 4, 2017, he was at a fraternity party in the afternoon. Complainant 1 stated that Complainant 2 came up to him at the party and they started talking. Complainant 1 stated that he and Complainant 2 then left her sorority house and walked to his fraternity house, Sigma Nu. Complainant 1 stated th[redacted]2 went to one of his friend's rooms.

Complain[redacted]fraternity house. C[redacted]engaging in sexual ac[redacted]nplainant 1 stated th[redacted]door, but he doesn't know how many. Complai[redacted]the hell?" Complainant 1 stated that one of [redacted]. Complainant 1 stated that around [redacted]ainant 1 stated that he said, "Okay, let's be[redacted]

Complainant 1 stated that he wal[redacted]s, he found out that there had been a picture[redacted]ternity. Complainant 1 stated that he mes[redacted]ned. Do you know that someone took a picture[redacted]care. It's fine." Complainant 1 stated that h[redacted]d, "I don't give a fuck." Complainant 1 stated[redacted]ing her ass off."

Complainant 1 stated that [redacted]rought him in for questioning and he told the[redacted]investigation. Complainant 1 state[redacted]e texted Complainant 2 and asked if he co[redacted]incident to show to IU as evidence that neith[redacted]

When Josh asked about the person who came in and said "sorry" when Complainant 2 and Complainant 1 were engaged in sexual intercourse, Complainant 1 stated that he remembered hearing the door open, hearing someone say "Sorry," and when he turned to the door, the door was [redacted]ed if Complainant 2 gave an indication that she heard someone come into the room, Complain[redacted]n't remember. When Josh asked were Complainant 2 was at that time, Complainant 1[redacted]nt was on all fours, facing away from the door. Complainant 1 stated that he got up to lock the[redacted]ned around Complainant 2 was "sitting there." Complainant 1 stated that the sexual intercour[redacted] asked about Complainant 2's reaction when the door opened, Complainant 1 stated that Complainant 2 didn't seemed phased or upset. When Josh asked if there was any conversation, Complainant 1 stated that he told Complainant 2 that he was sorry about that and that it shouldn't

happen again because he locked the door. When Josh asked if Complainant 2 responded, Complainant 1 stated that Complainant 2 said okay and then they "went on with it."

When Josh asked about the next group of people who came into the room, Complainant 1 stated that he didn't [redacted]o came in, but he remembers seeing the door open and 2-3 people standing at the door. Complainant 1 [redacted] said "Fuck off. Get out of here." Complainant 1 stated that the people closed the door after a couple of [redacted]plainant 1 stated that he and Complainant 2 "kept going" for another 30 seconds. Josh asked about [redacted]'s reaction when the other people came into the room and Complainant 1 said "Fuck off," Complainant 1 [redacted]mplainant 2 didn't seem to have any alarming reaction. When Josh asked if this seemed unusually to Complainant 1, Complainant 1 stated that he did not know Complainant 2 that well. Josh asked what thoughts Complainant 1 had when people came into the room, Complainant 1 stated that he was thinking, "Please leave. Respect my privacy."

When Josh asked when Complainant 1 was first aware that someone had taken a picture, Complainant 1 stated that it was after he had come back from walking Complainant 2 back to her sorority. Complainant 1 stated that someone told him that a picture was taken, then send via SnapChat to two people, and one of those two people screenshotted the picture and put the picture in a group chat of everyone who lived in the fraternity. When Josh asked if Complainant 1 recognize[redacted]hen they opened the door, Complainant 1 stated that he knew who one of them were because [redacted] Complainant 1 stated th[redacted]1 stated that he did. W[redacted]nant 1 stated th[redacted]s taken, Complainant 1 stated that he reco[redacted]asked if Complainant 1 recognized the oth[redacted]know who it was.

When Josh asked if Complainant [redacted]e. When Josh asked if Complainant 1 was h[redacted]When Josh asked that when Complainant 1 o[redacted], Complainant 1 stated "Yes." Whe[redacted]nstinctive thing and that he "throws up" a p[redacted] gesture meant to Complainant 1, Complai[redacted]nt 1 stated that gesture is not an aggressive t[redacted]sture and smiling, Complainant 1 sta[redacted]y were going to take a picture and [redacted]

When Josh asked about the room[redacted]where people sleep, and if that person g[redacted]t 1 stated that he and Complainant were on[redacted]was, Complainant 1 stated that it was a[redacted]ant 1 stated "No." When Josh asked about choosing to go to that room, Complainant 1 stated that he knew the people who lived in the room. Complainant 1 stated that he knew the room had a key padlock so the odds of someone coming in was lower, since he didn't want someone walking in on it. Complainant 1 stated that he and Complainant 2 thought that people were still at the party and didn't know when it [redacted] Josh asked about the key pad, Complainant 1 stated that he knew the code and opened the [redacted] if the door locks automatically when the door closes, Complainant 1 stated that he didn't kn[redacted]d that he locked the door and people still came in, so maybe someone who knew the code unlock[redacted]how he locked the room, Complainant 1 stated that it had a mechanical lock and he turned the [redacted] if the room also had a key or if it was just a keypad, Complainant 1 stated that he didn't it's just the key pad, but he doesn't know.

When Josh asked who lived in the room, Complainant 1 stated four members of the fraternity and provided their names. When Josh asked about choosing to go to that house, Complainant 1 stated that it was close to the party and where Complainant 2 lived. Complainant 1 stated that people have had sex in those rooms before and that it's a common practice.

[redacted]ked if Complainant 1 has talked to Respondent about what occurred, Complainant 1 stated that he hasn't [redacted]ondent. When Josh asked if Respondent was in the same fraternity as Complainant 1, Complainant 1 [redacted] is, but he is not really great friends with Respondent.

**Complainant 2**

Statement to IUPD

On May 25, 2018, Complainant 2 provided a statement to IUPD. The police report number associated with Complainant 2's statement is 181327 and the statement is included in the file. In her statement to the police, Complainant 2 stated that on the day of the reported incident, she and Complainant 1 went to a room in the Sigma Nu fraternity house and "instantly started having sex." Complainant 2 stated that she and Complainant 1 went into a room that had couches in it.

Complain[redacted]d not know what was going on and that (Respondent) walked into the room and took a picture. C[redacted]t Complainant 1 knew Respondent was taking a picture because Complainant 1 was laughing [redacted]apChat and a GroupM[redacted], she learned a[redacted]er consent.

Meeting on June 12, 2018

On June 12, 2018, Complainant 2 [redacted]

Complainant 2 stated that on the [redacted]Complainant 2 stated that when she and Comp[redacted]2 stated that she knew it wasn't Complain[redacted]t it may have been Respondent's room. Compla[redacted]sat down on the couch. Complainant 2 stated [redacted]

Complainant 2 stated that, somet[redacted] because Complainant 2's face couldn't be [redacted] a picture, and was thought to hersel[redacted]s 5 got someone to send her the p[redacted]plainant 1 direct messaged her on Group Me[redacted]to talk to Complainant 1, so she just said th[redacted]1 to leave her alone.

Complainant 2 estimated that a w[redacted]ported the picture and that Respondent, the person who took the picture, was going to write apology letters to both Complainant 1 and Complainant 2. Complainant 2 stated that Complainant 1 asked for her email so Respondent could send her the letter. Complainant 2 stated that Sigma Nu wa[redacted]ampus and she did not hear anything else about the apology letters.

**Respondent**

On July 23, 2018 Respondent and his advisor, V[redacted]th Inv. Cardosa and Inv. McDowell and provided a verbal statement.

CONFIDENTIAL

Respondent stated that, on September 4, 2017, he woke up, walked over to Sigma Nu, and went to the SRSC to work out with a couple people. Respondent stated that he remembers going to the SRSC early because there was a party at Sigma Phi Epsilon later that day. Respondent stated that he returned to Sigma Nu from the SRSC around 11:00am and went to Witness 10's room, which was located on the 3rd floor. Respondent stated that he and Witness 10 went to Sigma Epsilon [redacted] and were there for a couple hours. Respondent stated he and Witness 10 came back from Sigma Phi [redacted]ent to Respondent's room in Sigma Nu, which was located on the first floor. Respondent stated that he [redacted]0 ordered Jimmy John's and ate the food in Respondent's room. Respondent stated that his girlfriend, [redacted]ame over to Sigma Nu around 3-3:30 pm.

Respondent stated that, after eating Jimmy John's, he, Witness 11, and Witness 10 decided to go hang out in Witness 10's room. Respondent stated that his friend, Student A, is in the room next to Respondent's room. Respondent stated that he, Witness 11, and Witness 10 walked down the hallway side by side and planned to stop by Student A's room to see if he wanted to go to Witness 10's room. Respondent stated that he and Witness 10 went into Student A's room while Witness 11 continued walking down the hall. Respondent stated that Witness 10 went into Student A's room first and Respondent followed. Respondent stated that, as soon as Witness 10 went into Student A's room, he (Witness 10) immediately started laughing. Respondent stated that he wondered what Witness 10 was laughing about so he walked further i[redacted]omplainant 1 having sex with a female, referring to Complainant 2. Respondent stated that Com[redacted] and Witness 10 told Respondent to take a picture. Respondent stated that Complai[redacted] that Complai[redacted]s thinking impulsive[redacted]

Respondent explained that SnapC[redacted]ng. Respondent stated that he shared[redacted]e picture was "like a prank" because it was [redacted]te on which group he shared the picture with, [redacted]ledge class. Respondent stated that two peop[redacted] Group Me chat. Respondent didn't know th[redacted]ondent stated that Witness 12 shared the[redacted] to SnapChat. Respondent confirmed[redacted] Respondent stated that the presi[redacted] being posted.

When asked to provide m[redacted]ain living area and separate sleeping[redacted]uch in the middle of the main living area. Re[redacted] Respondent stated that Complainant 1 made i[redacted]ent stated that neither Complainant 1 nor C[redacted]ted that he couldn't see Complainant 2's face[redacted]omplainant 2 was, only that she had brown hair[redacted]aving intercourse, Respondent stated that Complainant 1 was naked on top of Complainant 2. Respondent stated that he could see the side of Complainant 2's thigh and arm. Respondent stated that he deduced that Complainant 1 and Complainant 2 were having sex based on the p[redacted].

When asked if Complainant 2 acknowledged hi[redacted]ondent stated that she did not. Respondent stated that he was focused on Complainant 1 a[redacted]ttention to Complainant 1. When asked if Complainant 2 said anything or moved, Respo[redacted] not say anything. Respondent stated that Complainant 2 was on her hands and knees an[redacted]ds. When asked to elaborate on how Complainant 2 was adjusting her hands, Respondent stated that Complainant 2 went from resting her weight on her hands to resting



CONFIDENTIAL @iu.edu - Oct 15, 2018, 4:45:26 PM EDT

her weight on her elbows. Respondent stated that Complainant 2 was supporting herself with her hands. When asked if Complainant 2 knew that he and Witness 10 were in the room, Respondent stated that Complainant 2 would have known he and Witness 10 were in the room because they were laughing and Complainant 2 would have heard Witness 10 open the door.

[redacted]tated that, about two weeks after the reported incident, the president of Sigma Nu asked to meet with [redacted]nd Witness 12 separately. Respondent stated that the president told him that the fraternity was contacted [redacted]sity about the picture that Respondent had taken. Respondent stated that the president said, [redacted]) you took the picture, (Witness 12) you put it in the GroupMe, and you need to apologize." Respondent stated that, in early October 2017, he told Complainant 1 that he had no intention of walking in on him (Complainant 1) and seeing him have sex with Complainant 2. Respondent stated that Complainant 1 told him that it was fine and that he had talked to Complainant 2 about the picture via text. Respondent stated that Complainant 1 told him that Complainant 2 said she wasn't concerned about the picture because you couldn't see her face or body parts. Respondent stated that Complainant 1 told him that it was okay, the picture was a mistake, but the situation was over.

Respondent stated that he was going to apologize to Complainant 2, but after Complainant 1 told him Complainant 2 was fine, he ended up not apologizing to her. Respondent stated that he did not want to bring the picture up again to Complain[redacted]th what happened. Respondent stated that he is completely remorseful for taking the picture, t[redacted]

<u>Statemen</u>[redacted]

On Septe[redacted]cutor, Josh Radicke, that was taken on Septe[redacted]

In his verbal statement, Responde[redacted]use. Respondent stated that he woke [redacted]was the Sigma Nu Fraternity house. Respo[redacted]ernity house, Sigma Phi Epsilon. Respon[redacted]ndent stated that, after he arrived at the[redacted]ing to work out. Respondent stated that he w[redacted]ut with his friends for about an hour, then wa[redacted] Respondent stated that he change[redacted]ted that he left to go to the party.

Respondent stated that th[redacted]. Respondent stated that he [redacted]rty for about 2.5 to 3 hours. Respondent [redacted]stated that, after being at the party for a coup[redacted]lax. Respondent stated that he went b[redacted]ss 10's room on the third floor. Respondent sta[redacted]couch, watching TV. Respondent stated that he ordered Jimmy John's. Respondent stated that he texted his girlfriend, Witness 11, and asked her to come over. Respondent stated that Witness 11 and one of her friends decided to come over. Respondent stated that Jimmy John's and Witness 11 both arrived at the same time. Respondent stated that he met

[redacted]

---

[2] Referring to September 3, 2017.
[3] Referring to September 4, 2017.
[4] Referring to the Sigma Nu Fraternity house.
[5] Referring to the Sigma Nu Fraternity house.

Witness 11 and Jimmy John's at the door. Respondent stated that he talked to Witness 11 and another friend in the formal area before going back to his room, which was on the first floor.

Respondent stated that he went to his room to finish his food and hang out with Witness 11 and Witness 10. [redacted]tated that after he finished eating his food, they decided they wanted to go back up to Witness 10's room. [redacted]tated that they had to go down the hallway and then up the stairs to get to Witness 10's room. [redacted]tated that on the way to Witness 10's room was his friend Student A's room. Respondent stated that [redacted]ggested inviting Student A to come with them. Respondent stated that as they were walking down the [redacted]ss 10 opened the door to Student A's room and walked in. Respondent stated that as soon as Witness 10 walks into [redacted] room he "bursts out laughing." Respondent stated that he wanted to see what was going on so he walked into Student A's room and he sees Complainant 1 having sex with a girl, referring to Complainant 2. Respondent stated that this was not the bedroom area of the room. Respondent stated that they were in the common room, which had a couch and a TV. Respondent stated that this is normally were he sees his friends hanging out all the time. Respondent stated that Complainant 1 was living in an off-campus apartment. Respondent stated that he had no idea that Complainant 1 was even going to be there, "much less engaging in intercourse with anyone."

Respondent stated that he was standing there for three or four seconds, laughing. Respondent stated that Complainant 1 turns a[redacted]g. Respondent stated that he didn't think he saw Complainant 2's face. Respondent stated th[redacted]t was so random. [redacted]t impulsive[redacted]e, Complainant 1 sticks his thumb up[redacted]t taking the picture was okay and that being t[redacted]ote a comment. Respondent stated tha[redacted]was "(Complainant 1's) getting laid" o[redacted]Chat group that contained a handful of his fri[redacted]usly how Snapchat works is, that the pictur[redacted]

Respondent stated that after the [redacted]sed the door behind them. Respondent st[redacted]d that Witness 11 had already started to[redacted]spondent stated that they hang out for a litt[redacted]to leave. Respondent stated that he[redacted]got a notification that two peop[redacted], his GroupMe that had part of his frat[redacted]re had been posted in the GroupMe, but the G[redacted]the picture in the GroupMe. Respondent stat[redacted]

When asked what Witness 10's la[redacted]e, Respondent provided it. When asked for Witness 11's name, Respondent provided it. Respondent stated that Witness 11 did not see anything happen, she just walked to Witness 10's room. When asked if he had seen Complainant 1 at any point that day before seeing him in Student A's room, Respondent stated, "No." When asked if he saw Complainant 1 after seeing him in Student A's room that day, [redacted]." When asked if he has seen or talked to Complainant 1 about the incident since the inc[redacted]dent stated, "No." Respondent stated that he was directed to not talk about this with anyone. Wh[redacted]written communication with Complainant 1, Respondent stated that he talked to Complaina[redacted]ze a month later. Respondent stated that his fraternity president sat him and the person wh[redacted]ure in the GroupMe down and said that they should apologize to Complainant 1 and Complainant 2 for the picture. Respondent stated that he agreed and texted

Complainant 1 to see if he wanted to meet. Respondent stated that he met with Complainant 1 and apologized and Complainant 1 said, "It's no big deal." Respondent stated that Complainant 1 told him that he had text messages with Complainant 2 in which she said, "Don't worry about it. I don't even care. You can't even see my body parts." Respondent stated that Complainant 1 told him that he had submitted those text messages to IU Student Ethics.[6] [redacted]tated that Complainant 1 told him that he and Complainant 2 had already discussed this and she said, "It [redacted]r and it's fine." Respondent stated that Complainant 1 told him essentially, "Don't worry about it."

[redacted]tated that from that point, he didn't want to "stir the pot" anymore than it was, so he didn't say anything [redacted]t 2 afterwards. Respondent clarified that other than the apology, he has not spoken to Complainant 1 about the reported incident. When asked if anyone contacted him to discuss the incident other than Complainant 1, Respondent's attorney, or anyone involved in IU discipline, Respondent stated his friend Witness 12 asked him what was going on. Respondent stated that he was vague with Witness 12 and told him there was an investigation going on and that IU Student Ethics might need to talk to him about it. Respondent stated that besides Witness 12, no one else contacted him.

When asked how SnapChat works, specifically if the picture deletes off the sender's phone automatically or just the people who receive the photo, Respondent stated that it deletes off of everyone's phone. Respondent stated that he only saw [redacted]nds, sent it to a handful of people, and then it was gone off his phone. Respondent stated th[redacted]ting. When asked if [redacted]pChat, Respond[redacted]copy of the picture, [redacted]

When asked if he thought the am[redacted]ember things, Respondent stated, "Yes." [redacted]te details of what he did late in the evening or[redacted]vivid" in his mind. When asked how much alc[redacted]four beers. Respondent stated that he had a [redacted]

When asked if it was his recollecti[redacted]could fully see Complainant 1's body parts, i[redacted]omplainant 2's body parts. When asked if it w[redacted]ts were visible, Respondent stated that a [redacted]nt 1 was pretty much covering her [redacted]f he knew the name of the person w[redacted]itness 12, but he didn't see. When as[redacted]dent stated, "No." When asked if he suspected[redacted] asked him what was going on, Respondent s[redacted]t called in him and Witness 12 to tell them t[redacted]

When asked how he got into his [redacted]oor. Respondent stated that he was on the first floor, so he just typed in the combination to enter the house. When asked how he got into his room, Respondent stated his door is not locked and that nobody really locks their doors. When asked if anyone had a door that locked, Respon[redacted]was one room on the third floor that had a combination lock. Respondent stated that he [redacted]were given keys to lock their doors. When asked about a card to open the doors, Respondent st[redacted]ard. Not even a key, I think." When asked if it was only the outside door that had the key code, R[redacted]" Respondent stated that this was an environment in which people were walking into everyone's [redacted] the morning." When asked what he would do if

[6] Referring to the Office of Student Conduct.

he did want privacy, Respondent stated that he would go into the bedroom. Respondent stated that there is a lock on the inside, but there is no key to get into the room. When asked if those locks worked, Respondent stated that they did. Respondent clarified that the lock he was referring to was on the door leading into the suite. When asked if there were locks on the bedroom doors, Respondent stated that he couldn't remember. Respondent stated that he didn't [redacted]ving a key to his room, but people could request keys from the house manager.

[redacted]f there was a key pad or anything to get into Student A's room, Respondent stated, "No." Respondent [redacted]e was installed in October/November, so there is one now, but there wasn't at the time of the reported [redacted]n asked if there was a lock or anything that would have made it difficult for him to get into Student A's room, Respondent stated, "No." Respondent stated that the door was completely unlocked. When asked if he remembers if Witness 10 closes the door before Respondent enters the room, Respondent stated "No." Respondent stated that the door was completely open and that he could see Witness 10 laughing from where he was standing in the hall. Respondent stated that he thought something funny was going on so he went in. When asked if Witness 10 opened the door or if it was already open, Respondent stated that he didn't know if the door was slightly ajar or closed, but Witness 10 twisted the door handle and went right in. When asked if Witness 10 at least pushed the door a little bit, Respondent stated that Witness 10 did.

When as[redacted]2, Respondent stated that Complainant 2 was on her hands and knees. Respondent stated th[redacted]at he could hardly se[redacted]inant 2 had brown ha[redacted] like Complainant 2s noticed people w[redacted] Complainant 2 turning her face ar[redacted]ber it all that well. Respondent stated that[redacted]ened quickly, but he remembers Compl[redacted]ved her face or if it was in the pillow already, R[redacted]ed about Complainant 2 supporting herself,[redacted]lf on. Respondent stated that Complain[redacted]spondent stated, "No." Respondent stated t[redacted]een able to sustain that position. Respondent[redacted]that he remembers that Complainant 2 w[redacted]

When asked if he would be[redacted]at Respondent described, Res[redacted] with his fingers. When asked how confide[redacted]spondent stated that it depends to what ext[redacted]ards the couch, holding herself up." When[redacted] angle, Respondent drew the position Co[redacted]

When asked if he remembered hearing anything at that time, Respondent stated "No." Respondent stated that fraternity house is always blasting music from every room. Respondent stated that he didn't hear Complainant 1 and Complainant 2 having sex. When asked about Witness 10's laugh, Respondent stated that he remembered hearing Witness 10 laugh. Respondent stated that he d[redacted]ecific sounds. When asked if he remembered feeling anything on his body at that time, Resp[redacted]hen asked if he remembered smelling anything, Respondent stated, "No." When asked what W[redacted]spondent stated that she was walking past the room. When asked if Witness 11 came to see w[redacted]spondent stated, "No." When asked if Witness 11 turned around to see what was going on, Resp[redacted]espondent stated that Witness 11 was a couple strides ahead of him. When asked if Witness 11 had made it upstairs by the time he and Witness 10 were done,

Respondent stated that she doesn't remember if he met Witness 11 halfway up the stairs or in the room. When asked if he told Witness 11 about what had happened, Respondent stated that he thinks he told Witness 11, "I just saw (Complainant 1) having sex in there. Ha ha." Respondent stated that Witness 11 laughed and that was it.

[redacted] anyone has ever asked him to say anything different from the truth, Respondent stated, "No." [redacted]tated that he has been told to tell the complete truth. When asked when he realized that people were [redacted]spondent stated that it was after he went into the room and saw it with his eyes. When asked if people [redacted]expected to knock before going into one of those rooms, Respondent stated, "No." Respondent stated that [redacted]s in the sleeper bedroom that was a different story. Respondent stated that there are normally sheets covering the beds so people can go in there to have sex in private. Respondent stated that they were called "shagger sheets." Respondent stated that if someone was bringing their girlfriend back to have sex, that person would go in the bedroom and that's where they would do their thing. When asked if there was a door between the bedroom and the couch area, Respondent confirmed that there was. When asked if there were more than one bed in each bedroom, Respondent confirmed that there was.

When asked if he ever walked in on someone changing in a bedroom or common room, Respondent stated that it is a fraternity house and people are walking around in their underwear all the time, even outside in the hallway. When asked if i[redacted]o walk into a room and seeing someone with just their underwear on, Respondent stated th[redacted]espondent stated th[redacted]

When as[redacted]" Respondent [redacted]he sent the SnapChat and it wasn't his intenti[redacted]he didn't want to make anyone feel embarr[redacted]spondent stated that he has. When asked a[redacted]ndent stated that SnapChat tells you when that[redacted]tated that it was irresponsible, impulsive, and[redacted] that he would never do, Respondent state[redacted]ondent stated that he was under the imp[redacted]d ask why Complainant 1 was in the room in[redacted]nsible, dumb, and nobody should be taki[redacted]ainant 1 was engaging him while he was in the[redacted]spondent stated that he remembers[redacted]Respondent stated that he wasn't looki[redacted] to apologize but Complainant 1 said[redacted]

**Witnesses**

**Witness 1**

Witness 1 was interviewed on September 26, 2017 by AD Mals and AD Stelmaszczyk.

Witness 1 stated that he knows that the meeti[redacted] photo that was in a GroupMe chat.

Witness 1 stated that on Thursday, September[redacted]e older biological sister, referring to Witness 8, of the woman that was in the photo, referring to[redacted]s 1 stated that the photo was taken over Labor Day weekend. Witness 1 stated that Witness 8[redacted]s a photo of Complainant 2 and the guy, referring to Complainant 1, having sex that was posted i[redacted]sting of brothers in Sigma Nu, which was deleted. Witness 1 stated that Witness 8 told him that she talked to the Sigma Nu chapter president.

Witness 1 stated that Witness 8 told him that Complainant 2 was concerned about potential social backlash from the fraternity if she reported it. Witness 1 stated that Witness 8 told him that Complainant 2 wanted to maintain her friendship with Complainant 1 and Respondent. Witness 1 stated that Witness 8 asked what would happen if she reported it. Witness 1 stated that he told Witness 8 that he was not sure if the fraternity would get in trouble and that if [redacted]esident got the photo down as fast as possible, he did the right thing. Witness 1 stated that he is not sure [redacted]hoto and whether anyone saved it after it was posted. Witness 1 stated that Witness 8 was not in the [redacted]t and had the photo. Witness 1 stated he did not see the photo, and he didn't think that was necessary or [redacted]

**Witness 2**

Witness 2 was interviewed on September 27, 2017 by AD Mals and AD Stelmaszczyk.

When asked if he knew about the reason for meeting, Witness 2 stated that it was about a photo in a group message.

Witness 2 stated that he deleted the GroupMe chat after the picture was posted in it. Witness 2 stated that all members of the GroupMe chat were brothers of Sigma Nu. When asked if it was a GroupMe chat of all active members, Witness 2 stated th[redacted]upMe chat of brothers who lived in the house", but "some were missing and some didn't liv[redacted]s "kind of random." When asked if he knew what the GroupMe chat was named, Witness [redacted]

Witness [redacted]ess 2 stated that he w[redacted]2 stated that there was a couch in the pict[redacted]asts in the photo, Witness 2 stated no. Whe[redacted]sked if he knew who was in the photo, Witn[redacted]at the photo, but did not see the name c[redacted]

When asked if the people in the p[redacted]me that the two in the photo didn't know it w[redacted]gate who took the photo, Witness 2 stated [redacted]t able to be a standards process initiated. Wh[redacted]2 stated that he had not, but other brothe[redacted]mplainant 1. Witness 2 stated that Complainan[redacted]ich the photo was posted. When a[redacted]2's knowledge, Witness 2 stat[redacted]ed people were focused on the event. Witne[redacted]ake."

**Witness 3**

Witness 3 was interviewed on Jun[redacted]

Witness 3 stated that he is friends with Complainant 2 and in the same fraternity as Complainant 1, Sigma Nu.

Witness 3 stated that, after the party at Sigma Phi Epsilon , he went back to his room at the Sigma Nu fraternity house and he saw Complainant 1 and Complainant 2 [redacted]clarified that Complainant 1 was a member of Sigma Nu, but did not live in the house. Witnes[redacted]es that Complainant 1 took Complainant 2 into the room to hook up. Witness 3 stated that, w[redacted]oom, Complainant 1 and Complainant 2 were in the process of having sex. When asked what he[redacted]plainant 1 and Complainant 2 having sex, Witness 3 stated that his clothes were wet from the po[redacted]bbed a change of clothes from his room and left.

Witness 3 stated that it was awkward. Witness 3 stated that Complainant 1 looked over his shoulder and smiled at him, but he couldn't see Complainant 2's face at the time.

When asked why Complainant 1 went to his room, Witness 3 stated that he was pretty upset about Complainant 1 going [redacted] Witness 3 stated that Complainant 1 either knew the code to get into Witness 3's room or the room door [redacted] due to the lock being faulty. When asked about Complainant 1's and Complainant 2's position on the [redacted]s 3 stated that Complainant 2 was on her stomach and Complainant 1 was behind her. Witness 3 stated [redacted]ar that Complainant 1 and Complainant 2 were having sex. When asked to elaborate, Witness 3 clarified [redacted]ar from their position that Complainant 1 was penetrating Complainant 2's vagina. Witness 3 stated that neither Complainant 1 and Complainant 2 had clothes on and, when Witness 3 entered the room, "they paused" and Complainant 1 said something like, "Sorry."

Witness 3 stated that, the next day, he saw a photo of Complainant 1 and Complainant 2 during sexual activity. Witness 3 stated that he couldn't see Complainant 2's face in the photo, but later learned that it was her. Witness 3 stated that Complainant 1 and Complainant 2 were in the same position in the photo as they were when he walked into the room. Witness 3 stated that he heard a rumor from someone in the fraternity that the picture was reported to IU by Witness 8, Complainant 2's sister, but that Complainant 2 did not care about the picture. When asked if he ever talked to Complain[redacted]s of what occurred, Witness 3 stated that he didn't. When asked if he spoke to Complain[redacted]

**Witness** [redacted]

Witness [redacted]

Witness 4 stated that Complainan[redacted]sident of Sigma Nu. Witness 4 stated that C[redacted]s at the Sigma Nu house a lot. Witness 4 s[redacted] of Sigma Nu.

Witness 4 recounted information [redacted] information with him.

**Witness 5**

Witness 5 was interviewed on Ju[redacted] friends with the men in Sigma Nu [redacted]ss 5 stated that she showed the pictu[redacted]plainant 2 didn't even know a photo was tak[redacted]picture, but it really upset her. Witness 5 state[redacted]nd she felt like she could never go to Sigma N[redacted]igma Nu knew "it was just these two guys [redacted]ess 5 stated that the men in Sigma Nu were upset with Respondent, the person who took the photo.

Witness 5 stated that the picture was posted in the pledge class GroupMe chat, but the president of Sigma Nu, Witness 2, deleted the GroupMe chat so the picture co[redacted]ss 5 stated that she talked to Witness 2 about the picture and Witness 2 realized how wrong eve[redacted]tated that Witness 2 told her that it was so messed up and they were going to have a mee[redacted]out it. Witness 5 stated that, later that week, Complainant 2 asked her to send her the phot[redacted]no one in Sigma Nu talked about the photo because "they realized how messed up it was."

CONFIDENTIAL

**Witness 6**

Witness 6 was interviewed on June 19, 2018 by Inv. Cardosa.

[redacted]ed that she is Complainant 2's roommate.

[redacted]ed that someone took a picture of the sexual activity that occurred between Complainant 2 and [redacted]. Witness 6 stated that Complainant 2 knew about the photo as soon as she got back to her room. [redacted]ed that someone also showed her (Witness 6) the picture. Witness 6 stated that she gave Complainant 2 [redacted] her, and put her to bed, but Complainant 2 was still crying so Witness 6 called Complainant 2's sister, Witness 8. Witness 6 stated that Complainant 2's sister came over and was with Complainant 2 for a little while.

When asked if Complainant 2 shared any further details with Witness 6 about what happened on the day of the reported incident, Witness 6 stated that she didn't. Witness 6 stated that she knows the reported incident really upset Complainant 2 and that Complainant 2 wasn't happy with what had happened. Witness 6 stated that she knew that Complainant 2 had been thinking about talking to someone "in a position of power" about what happened.

**Witness 7**

Witness [redacted]ne 20, 2018 by Inv. Cardosa and Inv. McDowell.

Witness [redacted]dent, she saw Com[redacted]

Witness 7 stated that she knew th[redacted]d out about the picture, Witness 7 stated that [redacted]out the picture. Witness 7 stated that whe[redacted]v she had to find Complainant 2.

Witness 7 stated that later on, Co[redacted]omplainant 2 shared anything else about the [redacted]idn't want any of that to be happening." Wit[redacted]incident to the police and provide Witness 7'[redacted]reported incident was weighing on her min[redacted]

**Witness 8**

Witness 8 was interviewed[redacted]

Witness 8 stated that Complainan[redacted]t, Witness 5 either texted or called her. Witne[redacted]eded to know and that Witness 8 should c[redacted]nd Witness 5 met her outside. Witness 8 state[redacted] Phi Epsilon, had left the party to have sex with a male from Sigma Nu, and while she and the male were having sex, someone took a picture of them. Witness 8 stated that Witness 5 showed her the picture. Witness 8 stated that Witness 5 told her that the picture had been shared in Sigma Nu's Gro[redacted]sident deleted the GroupMe chat when he saw the picture. Witness 8 stated that she was concern[redacted]gotten around. Witness 8 stated that Complainant 2's face wasn't visible in the picture, but she co[redacted]ant 2 since Complainant 2 is her sister.

Witness 8 stated that she told Complainant 2 t[redacted]er what had happened and that she (Witness 8) was here for her. Witness 8 stated that Compla[redacted]elittle the situation and said she was totally fine. Witness 8 stated that Complainant 2 told her that she didn't understand why someone would take the picture. Witness

@iu.edu - Oct 15, 2018, 4:45:26 PM EDT CONFIDENTIAL

8 stated that she then went to Sigma Nu and spoke to the president, Witness 2. Witness 8 stated that she told Witness 2 that she was Complainant 2's big sister and she wanted to know what Sigma Nu planned to do about the situation. Witness 8 stated that Witness 2 told her that he didn't know what she was talking about. Witness 8 stated that she replied that she had the picture and that Witness 2 did know what she was talking about. Witness 8 stated that Witness [redacted]at." Witness 8 stated that Witness 2 was not being straightforward with her.

[redacted]ed that she wanted to report, but she talked to some friends who told her that it was Complainant 2's [redacted]port or not. Witness 8 stated that she met up with Complainant 2 about a week after the reported incident [redacted]ant 2 shared how upset she was about the whole situation. Witness 8 stated that she recommended reporting the situation to Complainant 2. Witness 8 stated that Complainant 2 told her that she didn't want to lose her friends in Sigma Nu or have the women in Kappa Delta be mad at her.

**Witness 9**

Witness 9 was interviewed on July 5, 2018 by Inv. Cardosa. When asked if she talked to Complainant 2 about what occurred on the day of the reported incident, Witness 9 stated that Complainant 2 didn't give her much details about what had occurred.  Witness 9 stated that Complainant 2 doesn't like to talk about what occurred. Witness 9 stated that it is her g[redacted]at, on the day of the reported incident, Complainant 2 went to Sigma Nu, ended up having se[redacted]w, and a picture was taken of her while she was engaging in sex. Witness 9 stated that Complai[redacted]

**Witness [redacted]**

Witness 10 was interviewed on Ju[redacted]

Witness 10 stated that, on the da[redacted]to IU around 4-6 pm or so. Witness 10 stated t[redacted]ted that the party at Sigma Phi Epsilon had sta[redacted]king if he was going to be back in time for t[redacted]

Witness 10 stated that he went lo[redacted]ss 10 stated that he parked his car in the Sigm[redacted]en he went into Student A's room, he saw Co[redacted]t 2. Witness 10 stated that he didn't know wh[redacted]n the Sigma Nu fraternity house.  Whe[redacted]that they were on the couch.

Witness 10 stated that he saw Co[redacted]. Witness 10 stated that he walked into the roo[redacted]y see Complainant 2. When asked if at C[redacted]they did not. When asked if Complainant 2 look[redacted]Witness 10 elaborated that he cannot really remember, and that Complainant 2 may have turned her head. When asked if he could tell if Complainant 2 was conscious, Witness 10 stated that she was in a position where she couldn't have been if she had passed out. When asked what position Complainant 1 and Complainant 2 were in, Witness 10 stated that Complainant 2 was on her hands and knees an[redacted]hind her, in a "doggystyle" position.

Witness 10 stated that he said to himself, "Wh[redacted] out in the open?" Witness 10 stated that he wondered why Complainant 1 and Complainan[redacted]eeping area where the beds were. Witness 10 stated that he stood there for around one seco[redacted]ed. Witness 10 stated that he had taken a half-step into the room, saw Complainant 1 and Complainant 2, then turned around, left the room, and closed the door.

CONFIDENTIAL

Witness 10 stated that, after he closed the door, he was laughing in the hallway. Witness 10 stated that Respondent saw Witness 10 him laughing and asked what happened. Witness 10 stated that he told Respondent what he saw. Witness 10 stated that Respondent said "No way!" Witness 10 stated that he jokingly said to Respondent, "Hey, go look for yourself," but Witness 10 didn't think Respondent would actually do that. When asked if this was the first time he saw [redacted]at day, Witness 10 confirmed that it was. Witness 10 stated that he and Respondent laughed in the [redacted]hen Witness 10 went into the room across the hall from the room he was just in looking for Student A.

[redacted]ated that, when he went into the room across the hall, people told him that Student A was really drunk and [redacted]Phi Epsilon. Witness 10 stated that he left the room and saw Respondent backing out of Student A's room. Witness 10 stated that Respondent could have only been in Student A's room for less than 5 seconds. When asked if he ever went into Student A's room with Respondent, Witness 10 stated that he did not. When asked if there was anyone else in the hallway when Respondent went into Student A's room, Witness 10 stated that he does not remember, but he only remembers seeing Respondent. Witness 10 stated that he then went to Sigma Phi Epsilon to look for Student A.

**Witness 11**

Witness 11 was interviewed on August 6, 2018 by Inv. Cardosa and Inv. McDowell.

Witness 1[redacted]pondent's girlfriend. Witness 11 stated that, on the day of the reported incident, her friend wa[redacted]na Nu fraternity[redacted]:41pm, based on[redacted]

Witness 11 stated that she was at[redacted]. Witness 11 stated that, while at the Sigma[redacted]espondent's friends in the lobby and on the fr[redacted]a Nu fraternity house, Witness 11 stat[redacted]oom. When asked about Respondent's room,[redacted]ot go "down there."

Witness 11 stated that she knows[redacted]taken and sent to Witness 12, who shared it[redacted]the picture, but I don't know if he did or not."[redacted]12 on SnapChat, but she does not know[redacted]itness 11 stated that she remember[redacted]ated that she may have been with R[redacted]that she has seen the picture. When asked if th[redacted]tated that she does not know which room th[redacted]the picture recently because of the investigat[redacted]bad that the picture was being sent around an[redacted]

**Witness 12**

Witness 12 was provided with multiple opportunities to provide a statement for the investigation. Witness 12 declined to provide one to Inv. McDowell and Inv. Walt[redacted]d did not respond to an email sent by Inv. Cardosa on August 13, 2018 requesting an update on w[redacted]rovide a statement.

**IV. Additional Evidence**

### Text Messages

Complainant 1 submitted text messages that were sent between September 4, 2017 and October 9, 2017 between him and Complainant 2 where they discuss the reported incident. Complainant 2 also submitted some of the same text [redacted] submitted a text messages sent on September 4, 2017 between her and her friend.[7]

### [redacted]dio Recording

IUPD provided OSC with the picture of sexual activity between Complainant 1 and Complainant 2 on the day of the reported incident.

On August 17, 2018, OSC received a recording of Complainant 1's verbal statement to the Monroe County Prosecutor from IUPD.

On September 19, 2018, OSC received a recording of Respondent's verbal statement to the Monroe County Prosecutor from IUPD.

### Addition[redacted]

IUPD Rep[redacted] met with Complair[redacted]n of the picture t[redacted]

## V. Initial Analysis

### a. Material Facts Not in Disp[redacted]

It is not in dispute that on the day[redacted]ernity house that he did not reside in, where h[redacted]ook a picture of the sexual activity, and [redacted]

### b. Material Facts in Dispute[redacted]

It is in dispute whether or not Res[redacted]eir sexual acts, to take a picture of th[redacted]

### c. Applicable Policies[redacted]

Both the Indiana University Sexua[redacted], *and Conduct* apply given the nature of[redacted]

(1) Respondent engaged in beha[redacted] exploitation. Respondent engaged in voyeurism by viewing sexual acts involving Complainant 1 and Complainant 2 without either individual's consent; photographing, recording and/or transmitting sexual utterances, sounds, and/or images involving Complainant 1 and Comp[redacted] individual's consent; and allowing others to view sexual acts involving Complainant 1 and C[redacted]and/or via an electronic device without either individual's consent.

[7] No information was provided to indicate that this friend had any additional information other than seeing the picture. Therefore, the friend was not interviewed.



CONFIDENTIAL @iu.edu - Oct 15, 2018, 4:45:26 PM EDT

Sexual Misconduct under the IU Sexual Misconduct Policy includes the below definitions that are relevant to this investigation:

- **Sexual Exploitation**: manner that extends the bounds of consensual sexual activity with or without the [redacted]ledge of the other individual for any purpose, including sexual gratification, financial gain, personal benefit, [redacted] other non-legitimate purpose. Examples of sexual exploitation include but are not limited to:
  - Non-Consensual streaming, audio – or video- recording, photographing, or transmitting intimate or sexual utterances, sounds, or images without consent of all parties involves;
  - Allowing others to view sexual acts (whether in person or via a video camera or other recording device) without the consent of all other parties involved;
  - Engaging in any form of voyeurism (e.g., "pepping");
  - Prostituting another individual;
  - Compelling another individual to touch his or her own or another person's (third party) intimate parts without consent;
  - Knowingly exposing another individual to a sexually transmitted disease or virus without that individual's knowledge; and
  - [redacted]itation for the purpose of making another person vulnerable to non-consensual sexual [redacted]

- C[redacted]utually u[redacted]
  1. Consent can be w[redacted]
  2. Consent cannot b[redacted]
  3. Consent cannot b[redacted]
  4. Consent cannot b[redacted]f a prior or current relationsh[redacted]

The specific portions of the Code [redacted]

**H28:** Engaging in conduct in viola[redacted]hrough H27 of this section.

The panel must determine[redacted] towards Complainant 1 and Compla[redacted]omplainant 2 engage in sexual activity, taking [redacted]t.

Simone Cardosa

Simone Cardosa, Lead Investigator

10/15/18

Date

[redacted]



CONFIDENTIAL