# FINAL INVESTIGATION REPORT[1]

On July 27, 2018, the University informed Complainant 1 and Complainant 2 that they would be moving forward with an investigation against Respondent under Indiana University's Sexual Misconduct Policy. An investigation was conducted [redacted]ow.

## [redacted]ry of Allegations

[redacted] alleges that, on or around September 4, 2017, Respondent engaged in behaviors toward Complainant 1 and Complainant 2 that may constitute sexual exploitation. These alleged behaviors include transmitting sexual utterances, sounds, and/or images involving Complainant 1 and Complainant 2 without either individual's consent; and allowing others to view sexual acts involving Complainant 1 and Complainant 2 via an electronic device without either individual's consent.

## II. History of Investigation

The Sexual Misconduct team within the Office of Student Conduct ("OSC") acts as a neutral, fact gathering body through[redacted]n assigned case. Investigator for Sexual Misconduct Simone Cardosa ("Inv. Cardosa) was assi[redacted]Dowell") and Investiga[redacted] case.

In Septe[redacted] and female having sexual intercourse at the S[redacted]maszczyk") and Associate Director Laura Mals[redacted]. AD Stelmaszczyk and AD Mals intervie[redacted]ame of Complainant 1, but not Complaina[redacted]

On September 29, 2017, Complai[redacted]nant 1 was provided with and signed the Co[redacted]acy, confidentiality, interim measures,[redacted]rtunity to ask questions about the Universit[redacted]process and a copy of the Procedures for Respo[redacted] Complainant 1. These documents[redacted]rbal statement, identified Respo[redacted]on. On August 17, 2018, OSC receiv[redacted]r from IUPD.

On May 24, 2018, IUPD notified O[redacted]on making the report on May 25, 2018. On M[redacted]contacted OSC to schedule a Complainant In[redacted]May 25, 2018, Complainant 2 and CVA Tho[redacted]lainant 2 was provided with the Complainant Information Form, which addresses topics including process, privacy, confidentiality, interim measures, resources, amnesty, and retaliation. Complainant 2 was offered the opportunity to ask questions about the University's process. Inv. Cardosa als[redacted] outlining the University's process and a copy of the Procedures for Responding to Incidents Inv[redacted]dent Sexual Misconduct with Complainant 2.

[1] The contents of this document are confidential an[redacted]ecipient. An identical copy of this Report, with the exception of the name identifier on the watermark, was provided to the other party. Any form of reproduction, dissemination, modification, distribution, and/or publication of this material is strictly prohibited.



CONFIDENTIAL ...@iu.edu - Oct 19, 2018, 3:38:30 PM EDT

These documents are included in the file. During the meeting, Complainant 2 asked for her statement to IUPD to be used as her statement for the University process. On June 5, 2018, OSC received Complainant 2's statement to IUPD.

On June 8, 2018, Complainant 1 provided an additional verbal statement and identified Witness 4.

[redacted]18, Complainant 2 and CVA Thomas met with Inv. Cardosa and Inv. McDowell to answer follow up [redacted]ng the meeting, Complainant 2 identified Witness 3, Witness 5, Witness 6, Witness 7, and Witness 9.

On July 27, 2018, the University informed Complainant 1 and Complainant 2 that they would be moving forward with an investigation against Respondent under Indiana University's Sexual Misconduct Policy. Complainant 2 indicated that she would like a No Contact Order for Respondent.

Respondent was notified of the allegations against him on July 30, 2018 and was instructed to attend an investigation meeting on August 1, 2018. On August 1, 2018, Inv. McDowell and Inv. Walton Kinney met with Respondent. Respondent was provided with and signed the Respondent Information Form, which addresses topics such as process, privacy, confidentiality, interim measures, resources, amnesty, and retaliation. Respondent was offered the opportunity to ask q[redacted]rsity's process. Inv. McDowell also went over a flowchart with Respondent outlining the Univ[redacted]s Involving Allegatio[redacted]spondent indicate[redacted]

On August 13, 2018, Inv. Cardosa [redacted] a statement. On August 30, 2018, Inv. Cardosa [redacted] drafted, and asked Respondent to let her know [redacted]pondent has not responded to the emails. At t[redacted]has not submitted a written statement.

Witness 5 identified Witness 8.[redacted]

Witness 12 identified Witness 10[redacted]

### III. Parties and Witnesses

**Complainant 1**

Meeting on September 29, [redacted]

On September 29, 2017, Complai[redacted]

AD Mals explained that the purpo[redacted]Complainant 1 and another person (Complaina[redacted]the picture AD Mals was referring too.

When asked if he consented to the picture being taken, Complainant 1 stated that he did not. When asked if he consented to the picture being shared with oth[redacted]ed that he wasn't upset about the picture being shared, but that he wanted to make sure that t[redacted]Complainant 2, involved in the sexual activity was okay with the picture being shared. Complaina[redacted]e to Complainant 2 and she was okay with the picture and isn't too concerned because her fa[redacted]cture.

[2] Respondent had not yet submitted a written statement.

When asked if he was comfortable sharing the name of the person who took the photo, Complainant 1 stated that he was and that Witness 12 took the picture. When asked if he was comfortable sharing the name of Complainant 2, Complainant 1 stated that he was not.

[redacted] stated that Complainant 2 only knew about the picture after it was shared on a GroupMe chat. [redacted] stated that he saw the picture in the GroupMe chat and said, "Oh hey, that's me!" Complainant 1 stated [redacted]itness 2, the owner of the GroupMe chat, to delete the picture. Complainant 1 stated that Witness 2 [redacted]ture from the GroupMe chat within 15 minutes of it being shared. Complainant 1 stated that a member [redacted]e chat screenshotted the picture before it was deleted and put it on SnapChat. When asked if the picture was posted anywhere else, Complainant 1 stated that it was not.

When asked were the picture was taken, Complainant 1 stated that it was taken at Sigma Nu after an event at Sigma Phi Epsilon. When asked where the picture was taken in Sigma Nu, Complainant 1 stated that the picture was taken in the "chill room" or living room for the brothers that lived in that suite. Complainant 1 clarified that it was his friend's suite. Complainant 1 stated that in the "chill room" he and Complainant 2 were on the couch. When asked what sexual activity occurred, Complainant 1 stated "sex" and confirmed it was penile to vaginal penetration.

Stateme[redacted]

On June [redacted]omplainant 1's state[redacted]t 1 stated that he [redacted]plainant 1 stated t[redacted], and Complainant 2.

Complainant 1 stated that after a [redacted]ant 1 stated that he wanted to check in on Co[redacted]showed Complainant 1 the picture IUPD h[redacted]tness 12's name and the fraternity pledge cl[redacted]t 2.

Meeting on June 8, 2018

On June 8, 2018, Complainant 1 a[redacted]ell.

Complainant 1 stated that he was [redacted]ve in the Sigma Nu fraternity house a[redacted]ture of him and Complainant 2. Compla[redacted]'t care about the picture.

Complainant 1 stated that, on the [redacted]ere engaging in sexual activity in a ro[redacted]nd took a picture. Complainant 1 stated he [redacted] that he was told later that there was a picture [redacted]found out that the picture was taken.

When asked what position he and Complainan[redacted] came into the room, Complainant 1 stated that every time someone came in, Complainant 2 w[redacted]ees and Complainant 1 was behind her.

Statement to Prosecutor

On August 17, 2018, OSC received a copy of Co[redacted]tement to the Monroe County Prosecutor, Josh Radicke, that was taken on July 13, 2018. Complainant 1's attorney, Sam Shapiro, was also present.

In his verbal statement, Complainant 1 stated that on September 4, 2017, he and Complainant 2 were engaging in sexual activity in a room in the Sigma Nu fraternity house when Witness 12 walked in and took a picture. Complainant 1 stated that he did not know Witness 12 was taking a picture at the time.

[redacted] stated that he walked Complainant 2 back to her house. Complainant 1 stated that afterwards, he found [redacted] had been a picture taken of him and Complainant 2 and spread around a group chat in the fraternity. [redacted] stated that he messaged Complainant 2 and said, "Hey, we should talk about what just happened. Do you [redacted] eone took a picture?" Complainant 1 stated that Complainant 2 responded, "Yeah, but I don't care. It's [redacted] ant 1 stated that he asked Complainant 2, "Are you sure?" To which Complainant 2 responded, "I don't give a fuck." Complainant 1 stated that Complainant 2 said "Ha ha" a bunch of times and said she was "laughing her ass off."

Complainant 1 stated that he found out that IU was investigating the picture. Complainant 1 stated that IU brought him in for questioning and he told them that he didn't consent to the picture and did not move forward with an investigation. Complainant 1 stated that "the fraternity got kicked off campus." Complainant 1 stated that he texted Complainant 2 and asked if he could use the messages exchanged between them on the day of the reported incident to show to IU as evidence that neither one of them cared about the picture.

When Jo [redacted] stated that it was afte [redacted] meone told him that [redacted] otted the picture [redacted] at he recognized Witness 12, but did no [redacted]

When Josh asked if Complainant [redacted] e. When Josh asked if Complainant 1 was [redacted] When Josh asked that when Complainant 1 o [redacted] V, Complainant 1 stated "Yes." Whe [redacted] instinctive thing and that he throws up a pea [redacted] esture meant to Complainant 1, Complai [redacted] nt 1 stated that gesture is not an aggressive t [redacted] esture and smiling, Complainant 1 stated at t [redacted] ey were going to take a picture and spread [redacted]

**Complainant 2** [redacted]

Statement to IUPD

On May 25, 2018, Complainant 2 [redacted] Complainant 2's statement is 181327 and the s [redacted] nt 2 stated that on the day of the reported in [redacted] house and "instantly started having sex."

Complainant 2 stated that she did not know what was going on and that (Witness 12) walked into the room and took a picture. Complainant 2 stated that Witness 12 [redacted] SnapChat and a GroupMe. Complainant 2 stated that, when she returned to her sorority house [redacted] ent, she learned about the picture that Witness 12 took.

Meeting on June 12, 2018

On June 12, 2018, Complainant 2 and CVA Tho [redacted] sa and Inv. McDowell.

Complainant 2 stated that on the day of the reported incident, she and Complainant 1 went to a room in the Sigma Nu fraternity house and sexual activity occurred.

Complainant 2 stated that, sometime after she left Sigma Nu, her friend texted her and told her not to worry because [redacted]s face couldn't be seen in the picture. Complainant 2 stated that she didn't even know about a picture, [redacted]t to herself, "What picture?" Complainant 2 stated that she went in to her room and Witness 5 got [redacted]d her the picture and then showed Complainant 2. Complainant 2 stated that, later on, Complainant 1 [redacted]d her on Group Me and asked her if she was okay. Complainant 2 stated that she didn't want to talk to [redacted], so she just said that she was fine. Complainant stated that she was trying to get Complainant 1 to leave her alone.

**Respondent**

On August 13, 2018, Inv. Cardosa emailed Respondent to request an update on when he planned to submit a statement. On August 30, 2018, Inv. Cardosa emailed Respondent, informed him that the Preliminary Report was being drafted, and asked Respondent to let her know if he had any other information that he would like to add to the file. Respondent has not responded to the emails. At the time of the Preliminary Investigation Report being issued, Respondent has not submitte[redacted]

**Witness**[redacted]

**Witness**[redacted]

Witness 1 was interviewed on Sep[redacted]

Witness 1 stated that he knows th[redacted]

Witness 1 stated that on Thursday[redacted]Witness 8, of the woman that was in the photo,[redacted]ver Labor Day weekend. Witness 1 stated t[redacted]uy, referring to Complainant 1, having sex that[redacted]was deleted. Witness 1 stated that Witness 8 t[redacted]

Witness 1 stated that Witness 8 t[redacted] from the fraternity if she reported it.[redacted]itness 1 stated that he told Witness[redacted]er president got the photo down as fast [redacted]he photo and whether anyone saved it after it w[redacted]and had the photo. Witness 1 stated he did n[redacted]

**Witness 2**

Witness 2 was interviewed on Sep[redacted]

When asked if he knew about the reason for meeting, Witness 2 stated that it was about a photo in a group message.

Witness 2 stated that he deleted the GroupMe[redacted]as posted in it. Witness 2 stated that all members of the GroupMe chat were brothers of Sigma [redacted] a GroupMe chat was of all active members, Witness 2 stated that it was "probably a Group[redacted]o lived in the house", but "some were missing and some didn't live in the house," so it was "kind [redacted] if he knew what the GroupMe chat was named, Witness 2 said he did not recall.



CONFIDENTIAL @iu.edu - Oct 19, 2018, 3:38:30 PM EDT

Witness 2 described the photo as "two people hooking up." When asked to clarify details of the photo, Witness 2 stated that he was not able to see faces in the picture, but it was a close up picture of a female and a male. Witness 2 stated that there was a couch in the picture that maybe was brown. When asked if you could see the woman's breasts in the [redacted] 2 stated no. When asked if you could see genitalia in the photo, Witness 2 stated no. When asked if he [redacted] in the photo, Witness 2 stated no. Witness 2 stated that he spent "about 5 seconds" looking at the [redacted] not see the name of who sent the photo.

[redacted] the people in the photo appeared to know it was taken of them, Witness 2 said he would assume that the [redacted]o didn't know it was taken at the time. When asked if Sigma Nu has done anything to investigate who took the photo, Witness 2 stated that he did not know who was in the photo or who took it, so there was not able to be a standards process initiated. When asked if anyone has spoken to the brother in the photo about it, Witness 2 stated that he had not, but other brothers had. At this time, Witness 2 shared that the brother in the photo was Complainant 1. Witness 2 stated that Complainant 1 does not live in the Sigma Nu house and was not in the GroupMe in which the photo was posted. When asked if GroupMe members were talking about the photo to each other to Witness 2's knowledge, Witness 2 stated they Sigma Nu has a social event with Sigma Phi Epsilon that day, and he believed people were focused on the event. Witness 2 stated "most guys know it's not okay" and "one person made a dumb mistake."

**Witness [redacted]**

Witness [redacted]

Witness [redacted] Nu.

Witness 3 stated that on the day [redacted] ity house and he saw Complainant 1 and Co[redacted]

Witness 3 stated that the next day [redacted] ity. Witness 3 stated that he couldn't see Compl[redacted] tated that Complainant 1 and Complainant 2 [redacted] the room. Witness 3 stated that he heard a [redacted] by Witness 8, Complainant 2's sister, but that C[redacted] to Complainant 2 about the specifics [redacted] e to Complainant 1 about the specifics [redacted]

**Witness 4**

Witness 4 was interviewed [redacted]

Witness 4 stated that Complainan[redacted] sident of Sigma Nu. Witness 4 recounted in[redacted] shared the information with him.

**Witness 5**

Witness 5 was interviewed on June 14, 2018 by Inv. Cardosa and Inv. McDowell.

Witness 5 stated that she is friends with the m[redacted] of them sent her the picture of Complainant 1 and Complainant 2. Witness 5 stated that she [redacted] omplainant 2 and Complainant 2 started crying. Witness 5 stated that Complainant 2 didn't eve[redacted] ken. Witness 5 stated that Complainant 2 thanked her for showing her the picture, but it really up[redacted] d that, at the time, Complainant 2 was friends with the men in Sigma Nu and she felt like she [redacted] Nu again. Witness 5 stated that she told Complainant 2 that all the men in Sigma Nu knew "it was just these two guys that messed up and it was wrong of them."

When asked to elaborate, Witness 5 stated that the men in Sigma Nu were upset with Witness 12, the person who took the photo.

Witness 5 stated that the picture was posted in the pledge class GroupMe chat, but the president of Sigma Nu, Witness [redacted]GroupMe chat so the picture could not be shared. Witness 5 stated that she talked to Witness 2 about the [redacted]ness 2 realized how wrong everything was. Witness 5 stated that Witness 2 told her that it was so [redacted] they were going to have a meeting with Witness 12 about it. Witness 5 stated that, later that week, [redacted]asked her to send her the photo. Witness 5 stated that no one in Sigma Nu talked about the photo [redacted]realized how messed up it was.”

**Witness 6**

Witness 6 was interviewed on June 19, 2018 by Inv. Cardosa.

Witness 6 stated that she is Complainant 2’s roommate.

Witness 6 stated that someone took a picture of the sexual activity that occurred between Complainant 2 and Complainant 1. Witness 6 stated that Complainant 2 knew about the photo as soon as she got back to her room. Witness [redacted]lso showed her (Witness 6) the picture. Witness 6 stated that she gave Complainant 2 water, c[redacted] 2’s sister, Witness [redacted]hile.

When as[redacted] the reported incident, Witness 6 state[redacted]eally upset Complainant 2 and that Complain[redacted]new that Complainant 2 had been thinking [redacted]

**Witness 7**

Witness 7 was interviewed on Jun[redacted]

Witness 7 stated that Complainan[redacted]ident, she saw Complainant 2 in their room [redacted]

Witness 7 stated that she knew th[redacted] about the picture, Witness 7 stated th[redacted] the picture. Witness 7 stated that when [redacted]d to find Complainant 2.

Witness 7 stated that later on, Co[redacted] Complainant 2 shared anything else about the [redacted]didn’t want any of that to be happening.” Wit[redacted] incident to the police and provide Witness 7’[redacted] reported incident was weighing on her min[redacted]

**Witness 8**

Witness 8 was interviewed on June 28, 2018 by[redacted]

Witness 8 stated that Complainant 2 is her sist[redacted], on the night of the reported incident, Witness 5 either texted or called her. Witness 8 stated th[redacted]at there was something Witness 8 needed to know and that Witness 8 should come over to [redacted]stated that she went to Kappa Delta and Witness 5 met her outside. Witness 8 stated that Witness 5 told her that Complainant 2 had been at a party at Sigma Phi Epsilon,

had left the party to have sex with a male from Sigma Nu, and while she and the male were having sex, someone took a picture of them. Witness 8 stated that Witness 5 showed her the picture. Witness 8 stated that Witness 5 told her that the picture had been shared in Sigma Nu's GroupMe chat, but the president deleted the GroupMe chat when he saw the picture. Witness 8 stated that she was concerned that the picture had gotten around. Witness 8 stated that Complainant [redacted] visible in the picture, but she could tell it was Complainant 2 since Complainant 2 is her sister.

[redacted]d that she told Complainant 2 that Witness 5 had told her what had happened and that she (Witness 8) [redacted]r. Witness 8 stated that Complainant 2 was trying to belittle the situation and said she was totally fine. [redacted]d that Complainant 2 told her that she didn't understand why someone would take the picture. Witness 8 stated that she then went to Sigma Nu and spoke to the president, Witness 2. Witness 8 stated that she told Witness 2 that she was Complainant 2's big sister and she wanted to know what Sigma Nu planned to do about the situation. Witness 8 stated that Witness 2 told her that he didn't know what she was talking about. Witness 8 stated that she replied that she had the picture and that Witness 2 did know what she was talking about. Witness 8 stated that Witness 2 said, "Oh that." Witness 8 stated that Witness 2 was not being straightforward with her.

Witness 8 stated that she wanted to report, but she talked to some friends who told her that it was Complainant 2's decision to report or not. Witness 8 stated that she met up with Complainant 2 about a week after the reported incident and Com[redacted]upset she was about the whole situation. Witness 8 stated that she recommended reportin[redacted] to lose her friends i[redacted]

**Witness** [redacted]

Witness 9 was interviewed on July [redacted]

When asked if she talked to Comp[redacted]ss 9 stated that Complainant 2 didn't give he[redacted]nt 2 doesn't like to talk about what occurred. [redacted]e reported incident, Complainant 2 went to S[redacted] taken of her while she was engaging in sex. Wi[redacted]ion.

**Witness 10**

Witness 10 was interviewed on Ju[redacted]

Witness 10 did not have any [redacted]

**Witness 11**

Witness 11 was interviewed on Au[redacted]

Witness 11 stated that she is Witn[redacted]

Witness 11 stated that she knows [redacted]s taken and sent to Respondent, who shared it in a GroupMe chat. Witness 11 stated "I know you think Witness 12 took the picture, but I don't know if he did or not." Witness 11 s[redacted]itness 12 sent the picture to Respondent on SnapChat, but she does not know who took the [redacted]ow she found out about the picture Witness 11 stated that she remembers hearing something [redacted]oesn't remember how. Witness 11 stated that she may have been with Witness 12 when he r[redacted]e GroupMe chat. Witness 11 stated that she has seen the picture. Witness 11 stated that she ha[redacted]e picture recently because of the investigation. Witness 11 stated she knows it was considered [redacted]s being sent around and that the GroupMe with the picture in it was "deleted right away."

**Witness 12**

Witness 12 was interviewed on July 23, 2018 by Inv. Cardosa and Inv. McDowell.

[redacted]ed that on the day of the reported incident he and Witness 10 went into Student A's room looking for [redacted]ess 12 stated that when he walked into Student A's room, he saw Complainant 1 having sex with a [redacted]g to Complainant 2. Witness 12 stated that Complainant 1 was laughing and Witness 10 told Witness 12 [redacted]e. Witness 12 stated that Complainant 1 gave him a thumbs up and was continuing to laugh. When as to [redacted]ess 12 stated that Complainant 1 gave him a "thumbs up" as he (Witness 12) was taking the picture. Witness 12 stated he was thinking impulsively and took a picture on SnapChat.

Witness 12 explained that SnapChat only allows a picture to be viewed for a few seconds before disappearing. Witness 12 stated that he shared the picture with the first SnapChat group on his list. Witness 12 stated the picture was "like a prank" because it was of Complainant 1 and Complainant 1 was laughing. When asked to elaborate on which group he shared the picture with, Witness 12 stated that it was a group of about 12 of his friends from his pledge class. Witness 12 stated that two people took screenshots of the picture and one of them, Respondent, put the picture in a Group Me chat. Witness 12 didn't know the identity of the second person who took a screenshot of the picture. Witness 12 stated that Res[redacted]ure in the GroupMe chat about 20 minutes after Witness 12 posted it to SnapChat. Witness [redacted]2 stated that the pres[redacted]

Witness [redacted]eet with Respondent and Witness 12 sepa[redacted]s contacted by the University about the pictur[redacted](Witness 12) you took the picture, (Responden[redacted]ed that, in early October 2017, he told Comp[redacted]nd seeing him have sex with Complainant 2. Wit[redacted]d talked to Complainant 2 about the picture [redacted]2 said she wasn't concerned about the pictu[redacted]t Complainant 1 told him that it wa[redacted]

Witness 12 stated that he was goi[redacted]lainant 2 was fine, he ended up not apologizing[redacted]in to Complainant 2 if she was ok[redacted]taking the picture, that it doesn't repre[redacted]

<u>Statement to Prosecutor</u>

On September 19, 2018, OSC rece[redacted]cutor, Josh Radicke, that was taken on Septe[redacted]

Witness 12 stated that after he fir[redacted]s 10's room. Witness 12 stated that they had t[redacted]. Witness 12 stated that on the way to Witness 10's room was his friend Student A's room. Witness 12 stated that Witness 10 suggested inviting Student A to come with the[redacted]t as they were walking down the hallway Witness 10 opened the door to Student A's room and w[redacted]ted that as soon as Witness 10 walks into Student A's room he "bursts out laughing." Witness 12 [redacted]o see what was going on so he walked into Student A's room and he sees Complainant 1 h[redacted]erring to Complainant 2.

Witness 12 stated that he took a SnapChat pic[redacted]nt. Witness 12 stated that he forgot what the comment was. Witness 12 stated that the comment was "(Complainant 1's) getting laid" or something like that. Witness



iu.edu - Oct 19, 2018, 3:38:30 PM EDT CONFIDENTIAL

12 stated that he sent the picture to a SnapChat group that contained a handful of his friends from his pledge class. Witness 12 stated, “With the intention, obviously how Snapchat works is, that the picture disappears completely after seven seconds.”

[redacted]ed that after the nine seconds of being in the room, he and Witness 10 left the room and closed the door [redacted]Witness 12 stated that he hung out in Witness 10’s room for the next few hours. Witness 12 stated that he [redacted]n that two people had screenshotted the picture. Witness 12 stated that the next thing he knows, his [redacted]had part of his fraternity had been deleted. Witness 12 stated that he deduced that the picture had been [redacted]roupMe, but the GroupMe was immediately deleted about 5 seconds after someone had put the picture in the GroupMe.

When asked what Witness 10’s last name was, Witness 12 provided it. When asked for Student A’s full name, Witness 12 provided it. When asked for his girlfriend’s name, Witness 12 provided it. When asked if he had any written communication with Complainant 1, Witness 12 stated that he talked to Complainant 1 about it to apologize a month later. Witness 12 stated that his fraternity president sat him and the person who allegedly put the picture in the GroupMe down and said that they should apologize to Complainant 1 and Complainant 2 for the picture. Witness 12 stated that he agreed and texted Complainant 1 to see if he wanted to meet. Witness 12 stated that he met with Complai[redacted]nd Complainant said, “It’s no big deal.” Witness 12 stated that Complainant 1 told him that he [redacted]ou can’t even see my [redacted]ges to IU Student [redacted]ussed this and she [redacted]on’t worry about it.”

Witness 12 stated that from that [redacted]y anything to the girl afterwards. Witness 12 cla[redacted]bout the reported incident. When asked if [redacted]Witness 12’s attorney, or anyone involved in IU[redacted]going on. Witness 12 stated that he was vag[redacted]d that IU Student Ethics might need to talk[redacted]ontacted him.

When asked how SnapChat works[redacted]just the people who receive the pho[redacted]that he only saw the picture for two sec[redacted]12 stated that it stays on the phone o[redacted]When asked if he used the camera function on[redacted]t, Witness 12 stated that he opened SnapChat a[redacted]picture, Witness 12 stated “No.”

When asked if it was his recollecti[redacted]ould fully see Complainant 1’s body parts, includ[redacted]mplainant 2’s body parts. When asked if it would be a surprise to Witness 12 that some of Complainant 2’s private parts were visible, Witness 12 stated that a person may be able to[redacted]inant 2’s butt, but Complainant 1 was pretty much covering her up. Witness 12 stated that [redacted]lainant 2’s butt. When asked if he knew the name of the person who posted the picture on the G[redacted]ted that it was allegedly Respondent, but he didn’t see. When asked if anyone told him that[redacted]he person who did that, Witness 12 stated, “No.” When asked if he suspected it might have been[redacted]ondent was the only person who asked him what

[3] Referring to the Office of Student Conduct.

was going on, Witness 12 stated that he suspected it was Respondent because their fraternity president called in him and Respondent to tell them to apologize.

When asked if anyone has ever asked him to say anything different from the truth, Witness 12 stated, "No." Witness 12 [redacted]as been told to tell the complete truth. When asked when he realized that people were having sex, [redacted]ed that it was after he went into the room and saw it with his eyes.

[redacted]he was given an opportunity would he have done things differently, Witness 12 stated, "Yes." Witness 12 [redacted]wouldn't have taken the picture. Witness 12 stated that he was remorseful that he sent the SnapChat and it wasn't his intention for there to be any negative impact on anyone. Witness 12 stated that he didn't want to make anyone feel embarrassed by the picture. When asked if he ever screenshotted a SnapChat, Witness 12 stated that he has. When asked about the notification he got when someone screenshotted his Snap, Witness 12 stated that SnapChat tells you when that happens. When asked why he wouldn't do it a second time, Witness 12 stated that it was irresponsible, impulsive, and something he normally would never do. When asked why it was something that he would never do, Witness 12 stated that taking a picture of people having sex could embarrass people. Witness 12 stated that he was under the impression that people would just look at the picture and think it was funny and ask why Complainant 1 was in the room in the first place. Witness 12 stated that he now realizes that it was irresponsible, dumb, and nobody should b[redacted]ple when they are naked. Witness 12 stated that Complainant 1 was engaging him while he was i[redacted] he rememb[redacted]ted that he wasn't l[redacted]ut Complai[redacted]

## IV. Additional Evidence

**Text Messages**

Complainant 1 submitted text me[redacted]etween him and Complainant 2 during which t[redacted]the same text messages.

Complainant submitted a text me[redacted]

**Photo and Audio Recording**

IUPD provided OSC with the[redacted]y of the reported incident.

On August 17, 2018, OSC received[redacted]Prosecutor from IUPD.

On September 19, 2018, OSC rece[redacted]Prosecutor from IUPD.

**Additional Documents**

IUPD Report: OSC received a copy of IUPD poli[redacted]ay 25, 2018, Officer Garth Vanleeuwen met with Complainant 2. The report contains Complaina[redacted]s statement to police and a description of the picture taken of Complainant 2 and Complaina[redacted]activity.

[4] No information was provided to indicate that this friend had any additional information other than seeing the picture. Therefore, the friend was not interviewed.

## V. Initial Analysis

### a. Material Facts Not in Dispute

[redacted] Final Investigation Report was issued, Respondent had not provided a statement. Based on the [redacted] he case file, it is not in dispute that Respondent took a screenshot of a picture that had been uploaded to [redacted] mplainant 1 and Complainant 2 engaging in sexual activity, and Respondent transmitted the screenshot [redacted] sage.

### b. Material Facts in Dispute

It is in dispute whether or not Respondent obtained Complainant 1's and Complainant 2's consent to upload a picture of them engaging in sexual activity to a Group Message.

### c. Applicable Policies and/or Code Sections

Both the [redacted] al Misconduct Policy UA-03 and *The Code of Student Rights, Responsibilities, and Conduct* [redacted]

(1) Res [redacted] al exp [redacted] volving Co [redacted] ual acts involving Complainant 1 and [redacted].

Sexual Misconduct under the IU S [redacted] this investigation:

- **Sexual Exploitation**: man [redacted] the knowledge of the other i [redacted] sonal benefit, or any other non-legitima [redacted]
    - Non-Consensual [redacted] mate or sexual utterances [redacted]
    - Allowing ot [redacted] ding device) without the [redacted]
    - Engaging in [redacted]
    - Prostituting anoth [redacted]
    - Compelling anoth [redacted] mate parts without consent; [redacted]
    - Knowingly exposi [redacted] at individual's know [redacted]
    - Inducing incapacitation for the purpose of making another person vulnerable to non-consensual sexual activity.

- **Consent:** Consent is an agreement exp [redacted] ive, voluntary words or actions, and mutually understandable to all parties involved, [redacted] exual act at a specific time:
    1. Consent can be withdrawn at [redacted] clearly communicated.
    2. Consent cannot be coerced or [redacted] eat, deception or intimidation.
    3. Consent cannot be given by someone who is incapacitated, as defined below.



CONFIDENTIAL
@iu.edu - Oct 19, 2018, 3:38:30 PM EDT

[redacted]

4. Consent cannot be assumed based on silence, the absence of "no" or "stop", the existence of a prior or current relationship, or prior sexual activity.

[redacted] tions of the Code and Policy addressed in this case are listed below.

[redacted] in conduct in violation of the Sexual Misconduct Policy, UA-03 not otherwise covered in H1 through H27

The panel must determine whether, by a preponderance of the evidence, Respondent engaged in behaviors towards Complainant 1 and Complainant 2 that may constitute sexual exploitation, by screenshotting a picture on SnpaChat of Complainant 1 and Complainant 2 engaging in sexual activity and uploading the picture to a Group Message chat consisting of members of Respondent's fraternity.

[redacted] 10/19/18

Simone [redacted]

[redacted]

[redacted]

CONFIDENTIAL
@iu.edu - Oct 19, 2018, 3:38:30 PM EDT



[redacted]