**FINAL INVESTIGATION REPORT[1]**

On May 25, 2018, Complainant filed a complaint against Respondent under Indiana University's Sexual Misconduct ██████████ stigation was conducted as outlined below.

████ary of Allegations

████ lleged that, on or around September 4, 2017, in a room[2] at the Sigma Nu fraternity house, Respondent ██████ haviors towards Complainant that may constitute sexual exploitation, sexual harassment and/or sexual assault. These alleged behaviors include Respondent digitally penetrating[3] Complainant's vagina and penetrating Complainant's vagina with his penis by force, without her consent, and/or while she was incapacitated and allowing another individual to photograph or take a video of Respondent engaging in sexual intercourse with Complainant without her consent.

## II.    History of Investigation

The Sexual Misconduct team within the Office of Student Conduct ("OSC") acts as a neutral, fact gathering body througho██████████████████████████████████████████████████████ardosa ("Inv. Cardosa) was assig███████████████████████████████████████████████████████vell ("Inv. McDowell") and Investiga████████████████████████████████████████████████████████stigating this case.

On Septe██████████████████████████████████████████████████████uncil ("IFC") President reported the previous week that ████████████████████████████████████al intercourse at the Sigma Nu fraternity house and the pho██████████████████████████████lmaszczyk ("AD Stelmaszczyk") and Associate Di█████████████████████████████ about the reported incident. AD Stelmaszcyk and A███████████████████████████and AD Mals learned the name of Respondent, but not Co█████████████████████████████on September 29, 2017 and provided a verbal statemen██████████████████████████████lainant. During the meeting Respondent identified Witness █████████████████████████████████

Confidential Victim Advocate Sa███████████████████████████████████████plainant Information meeting for Complainant to take███████████████████████████████████CVA Thomas met with Inv. Cardosa and Inv. McDowell ██████████████████████████████████████e Complainant Information Form, which ad██████████████████████████████████████████easures, resources, and retaliation. Complainant wa█████████████████████████████████████████████process. Inv. Cardosa also went over a flowchart outlining the University's process and a copy of the Procedures for Responding to Incidents Involving Allegations of Student Sexual Misconduct with Complainant. These documents are included in the file. During the meeting, Complainant indicated that she wanted to move forward with an OSC investigation and asked for her statement to IUPD to be used as her statement for the University process. On June 5, 2018, OSC received Complainant's statement to IUPD.

---

[1] The contents of this document are confidential an████████████████cipient. An identical copy of this Report, with the exception of the name identifier on the watermark,███████████ party. Any form of reproduction, dissemination, modification, distribution, and/or publication of this███████████ted.

[2] In her statement, Complainant identified the locat████████████████ in the Sigma Nu fraternity house. During the course of the investigation, it was determined that the sexual ██████████████████m at the fraternity house, but not in Respondent's room.

[3] In his verbal statement to OSC, Respondent stated that digital penetration occurred. This information was not mentioned in Complainant's statement.

On June 12, 2018, Complainant and CVA Thomas met with Inv. Cardosa and Inv. McDowell to answer follow up questions. During the meeting, Complainant identified Witness 3, Witness 5, Witness 7, Witness 8, and Witness 12.

███████ 18, IUPD asked OSC if they could wait to notify Respondent of the University process until after IUPD has ███████ espondent. OSC complied with IUPD request. On June 1, 2018, IUPD informed OSC that they had spoken ███████ ent.

Respondent was notified of the allegations against him on June 6, 2018 and was instructed to attend an investigation meeting on June 8, 2018. On June 8, 2018, Inv. Cardosa and Inv. McDowell met with Respondent and his father, serving as Respondent's advisor. Respondent was provided with and signed the Respondent Information Form, which addresses topics such as process, privacy, confidentiality, interim measures, resources, amnesty, and retaliation. Respondent was offered the opportunity to ask questions about the University's process. Inv. Cardosa also went over a flowchart with Respondent outlining the University's process and Respondent was provided a copy of the procedures for Responding to Incidents Involving Allegations of Student Sexual Misconduct. These documents are included in the file. During the meeting, ███████████████████████████████████████ Witness 4, Witness 6, and Witness 13.

Witness 3 ████████████████████████████████████████████████████ entified Witness 14 and 15.

On Augus ███████████████████████████████████████████ e County Prosecutor from IUPD.

### III.     Parties and Witnesses

#### Complainant

##### Statement to IUPD

On May 25, 2018, Complainant ██████████████████████████████████ iated with Complainant's statement is 181327 and the sta ████████████████████████ omplainant stated that she went to a party at the Sigma ███████████████████████ uch to drink." Complainant stated that she was so drunk tha ██████████████████████ e was having trouble maintaining her balance be ██████████████████████ the reported incident, she "drank more than she usual ███████████████████████

Complainant stated that, at the party, Respondent would try to kiss her, but she would pull her head away. Complainant stated that she and Respondent walked to Complainant's sorority house around 4:00pm, but Complainant does not remember the walk to the house. Complainant stated that Respondent told her not to wear wet clothes so she changed at her sorority house. Complainant stated that she remembered Respondent trying to convince her to go to his fraternity house. Complainant stated that she and Respondent walked over to the Sigma Nu fraternity house, but she does not remember the walk or what room she and Respondent went into. Complainant stated that she and Respondent went to a room and "started having sex."

Complainant stated that she and Respondent w ███████████████████ d couches in it and she thought they were just going to hang out, but Respondent started taki ███████████ s clothes off. Complainant stated that she thought to herself, "okay I guess this is happen ███████████ o during it." Complainant stated that, after Respondent removed her clothes, he was tellin ███████████ lainant stated that she didn't say "yes," but she didn't tell Respondent "no." Complainant stated that she was going along with what Respondent was asking, but didn't realize the situation she was in. Complainant stated that she did not know what was going on. Complainant stated that,

the next thing she remembers is Respondent "jamming it into me." Complainant stated that the intercourse wasn't working, so Respondent was physically moving her around to "get it to work."

 tated that she and Respondent were not verbally communicating a lot during the sexual activity.
 escribed herself as being on her back on the couch with her legs spread. Complainant stated that
 as in between her legs and penetrated her vagina with his penis. Complainant stated that she didn't know
 ening and Respondent "kind of just went right to it." Complainant stated that she felt pain in her groin
 that the sexual activity was happening. Complainant stated that her body was panicking. Complainant
stated that she didn't say "no," but had she not been drunk she would have told Respondent "no." Complainant stated that she was "clenching up" and wanted the sexual activity to stop. Complainant stated that Respondent asked her to get on top of him, but she couldn't because it hurt so badly and she didn't want to "go back to it." Complainant stated that she thought Respondent told her to move over, face down so his penis would go in better, but it "wasn't working." Complainant stated that she doesn't remember if Respondent moved her.

Complainant stated that, while she was face down, she wanted to go to sleep. Complainant stated that she pretended to be asleep so that Respondent would stop the sexual activity and, she believes, that is what made Respondent eventually stop. Co                                                                          you watch television.
Complain                                                            wanted the sexual activity
to stop, b                                                        like she was a "zombie."
Complain                                                     ant stated that she was a
virgin and                                               t the sexual activity was
hard to remember due to her al                          t was walking her home,
he asked her if she was okay se                         he fucked up."
Complainant stated that she tol                         er alone. Complainant
stated that it hurt her to walk fo

Complainant stated that she did                         o the room and took a
picture. Complainant stated tha                         espondent was laughing
and "throwing up" a peace sign.                         SnapChat and a GroupMe.
Complainant stated that, when                           she learned about the
picture that Witness 13 took.

Meeting on June 12, 2018

On June 12, 2018, Complain

When asked when she arrive to Sigma Phi Epsilon, Complainant stated that she believes she got there around 1:00pm. Complainant stated that it seemed like she was at Sigma Phi Epsilon all day.  Complainant stated that she walked to the party at Sigma Phi Epsilon with her roommates and some of their friends. Complainant stated that, at the party, she was being a "social butterfly," walking around talking to people. Complainant stated that she knew many people at the party and was saying hi to everyone. When asked to elaborate on her statement about falling into a pool, Complainant stated that there was a big inflatable pool at the party, Complainant described the pool as being about 12 feet wide by 12 feet long and about 3-4 feet deep. Complainant stated that she fell in and around the pool. Complainant stated that it was wet around the pool. Complainant stated that                          e wet. When asked if her hair would have been wet, Complainant stated that her head had not

When asked about her alcohol consumption o                       d incident, Complainant stated that she had a couple shots of hard alcohol at her sorority, Ka                       to Sigma Phi Epsilon. When asked if she remembered what alcohol she was consuming at Kappa Delta, Complainant stated that it might have been Taaka. When asked how the alcohol was served at Sigma Phi Epsilon, Complainant stated that there was a bar were you could get "pretty much whatever."  Complainant stated that, at Sigma Phi Epsilon, she had Four Loko. When asked how the Four

Loko was served, Complainant stated that it was served in clear cups that are smaller than a red solo cup. When asked if she knew how much Four Loko was in the cups, Complainant stated that it was definitely enough to be a full serving of a ███████████████ more. Complainant stated that she also drank some wine out of a bag. When asked about how much ███████████ Complainant stated, "maybe five chugs." Complainant stated that she may have also had some Taaka at ██████████ lon, but she got this from her friend, Witness 3, not the bar at Sigma Phi Epsilon. Complainant stated "It ███████████ drunk I'd ever been and probably will ever be." When asked about sober monitors, Complainant stated ███████████ e sober monitor at the party, but that they weren't Kappa Delta sober monitors since it wasn't Kappa ██████████ event. Complainant clarified that she is a member of Kappa Delta.

Complainant stated that she doesn't remember exactly when she saw Respondent at the party, but she thinks she was at the party for about 3 hours before seeing Respondent. Complainant stated that Respondent may have known some of her friends. Complainant stated that Respondent kept coming up to her and trying to kiss her, but she kept moving away because she didn't want to "lead him on." When asked to elaborate, Complainant stated she would just be standing there and Respondent would come up to her and kiss her for a few seconds before she moved her head away and walked away. Complainant stated that, after she walked away from Respondent he would come up to her a few minutes later ████████████████████

Complain████████████████████████████████████████████████████████ r the place" at Sigma Phi Epsilon. C████████████████████████████████████████████████████ tand up." Complainant stated th████████████████████████████████████████████████████ over. Complainant stated that, at o████████████████████████████████████████████ nt stated that Respondent could tell that she w████████████████████████████████████████ ondent at Sigma Phi Epsilon, Complainant tha████████████████████████████████████████████

Complainant stated that Respon███████████████████████████████████████ hat she thought this meant hanging out with a group██████████████████████████████████ t she went to her sorority, Kappa Delta, to get dry███████████████████████████ ouse, which she thought was weird. Complainant stated, █████████████████████████ a flight of stairs and then walked into her room. Complain██████████████████████ e got there. When asked if she remembered who was in he████████████████████████ s and Witness 7 may have been in the room. Complainant███████████████████████████ o, but she can't recall who they were. Complainant stated t██████████████████████████ o many other people in her room already that she didn'██████████████████████ were soaking wet and therefore hard to get off, so██████████████████████████████

Complainant stated that she and Respondent then walked to Sigma Nu. When asked if she and Respondent were holding hands at any point, Complainant stated that they were not. When asked if she remembered how she and Respondent walked to Sigma Nu, Complainant stated that she was "blacking in and out" and didn't remember. Complainant stated that she remembered Respondent asking her if she wanted to go to his apartment or to Sigma Nu and she chose Sigma Nu. Complainant stated that she was close with a lot of people in the Sigma Nu fraternity. Complainant stated that when she and Respondent got to the Sigma Nu fraternity house, she thought there would be more people in the room, but it was only her and Respondent.

Complainant stated that when she and Respon███████████████████ spondent led her into a room. Complainant stated that she knew it wasn't Respondent's ro█████████████ ve at Sigma Nu. Complainant stated that it may have been Witness 13's room. Complainant sta█████████████ and Respondent got in the room, she sat down on the couch. Complainant stated that, usually, w██████████ room, others people will go in with you to hang out. Complainant stated that, when she and Respondent were in the room, Respondent started taking off his clothes then started taking off her clothes. Complainant stated that there was no conversation between her and Respondent before he started taking their clothes off. Complainant stated that Respondent did not ask her "if she wanted to do

this." Complainant stated that she didn't tell Respondent, "No" and was "kind of helping him remove my clothes." Complainant stated that her shirt may have remained on. When asked to elaborate on how she may have helped Respondent remove her clothes, Complainant stated that she doesn't remember.

████ stated that she did not have sex with anyone before, so she didn't know what was going on. When asked ████ gression of sexual activity, Complainant stated that there was "zero kissing." When asked about contact ████ areas like her breast, Complainant stated that Respondent did not make contact with her breast. When ████ was any digital penetration, Complainant stated that there wasn't, but she remembers Respondent trying to "eat her out for about 2 seconds." When asked to clarify, Complainant confirmed that Respondent made contact with her genitals with his mouth and tongue. Complainant stated that Respondent penetrated her vagina with his penis. Complainant stated she wasn't "wet," or "turned on." Complainant elaborated that she wasn't lubricated, and the intercourse was "really painful." Complainant stated that everything was happening very quickly and that Respondent was in a hurry, possibly because it wasn't his room. Complainant stated that she didn't have time to think about what was happening. Complainant stated that she was shocked that everything was happening so quickly.

Complainant stated that "it wasn't working" so Respondent asked her to move positions. When asked to elaborate, Complainant █████████████████████████████████████ d that Respondent asked her to "g█████████████████████████████████████ tensed up because it was hurting h█████████████████████████████████████ t she was in when the picture w█████████████████████████████████████ omplainant stated that, while in t█████████████████████████████████████ sleep or pretending to be asleep so that Respondent woul█████████████████████████████████████ was trying to fall asleep, and was actually was falling asle█████████████████████████████████████ spondent realized that she was more drunk than he original█████████████████████████████████████ plainant stated that Respondent helped her put her █████████████████████████████████████ Respondent walked her to the back door of Kappa Delta, w█████████████████████████████████████ hen she got back to Kappa Delta, Respondent left.

Complainant stated she was "bla█████████████████████████████████████ nt after changing her clothes until she left Sigma Nu a█████████████████████████████████████ hen she is blacked out, other people can't really tell tha█████████████████████████████████████ parts of that day, but not all of it. Complainant stated that█████████████████████████████████████ more she talks about it the more she remembers. C█████████████████████████████████████ t she doesn't remember walking back to Kappa Delta█████████████████████████████████████ inant stated that, at the party, she fell over a bunch of tr█████████████████████████████████████ t she didn't think she was making much sense. Complainant stated that she had bruises all over her legs.

Complainant stated that, sometime after she left Sigma Nu, her friend texted her and told her not to worry because Complainant's face couldn't be seen in the picture. Complainant stated that she didn't even know about a picture, and thought to herself, "What picture?" Complainant stated that she went in to her room and Witness 5 got someone to send her the picture and then showed Complainant. Complainant stated that, later on, Respondent direct messaged her on Group Me and asked if she was on birth control. Complainant stated that she replied that she was and Respondent asked her if she was okay. Complainant stated ████████████████████ alk to Respondent, so she just said that she was fine. Complainant stated that she was trying to ██████████████████ e her alone. Complainant estimated that a week later, Respondent texted her and let her know ██████████████████ rted the picture and that Witness 13, the person who took the picture, was going to write apolo ██████████████████ ndent and Complainant. Complainant stated that

---

[4] The picture is included in the file.

Respondent asked for her email so Witness 13 could send her the letter. Complainant stated that Sigma Nu was then removed from campus and she did not hear anything else about the apology letters.

_____ OSC on September 29, 2017

_____ 29, 2017 Respondent met with AD Mals and Inv. McDowell.

AD Mals explained that the purpose for today's meeting was to talk about a picture that was circulating of Respondent and another person engaging in sexual activity. Respondent stated that he is aware of the picture AD Mals was referring too.

When asked if he consented to the picture being taken, Respondent stated that he did not. When asked if he consented to the picture being shared with others, Respondent stated that he wasn't upset about the picture being shared, but that he wanted to make sure that the female, referring to Complainant, involved in the sexual activity was okay with the picture being shared. Respondent stated that he spoke to Complainant and she was okay with the picture and wasn't too conc...

When asked ... ndent stated that he was and that ... Complainant, Respondent stated th... ondent stated that, while he was with Complainant, he t... didn't know that Witness 13 was taking a picture. When a... en, Respondent stated that she was not. Respondent stated ... red on a GroupMe chat. Respondent stated that he saw ... Respondent stated that he asked Witness 2, the owner ... that Witness 2 deleted the picture from the GroupMe c... at a member of the GroupMe chat took a screensho... en asked if the picture was posted anywhere else, Resp...

When asked where the picture w... ter an event at Sigma Phi Epsilon. In reference to the eve... mplainant at the event, but there were not many peop... alcohol at the Sigma Phi Epsilon event, Respondent ... esn't drink. Respondent stated that he doesn't drink ... ture was taken in Sigma Nu, Respondent stated that the picture was taken in the "chill room" or living room for the brothers that lived in that suite. Respondent clarified that it was his friend's suite, but not Witness 13's. Respondent stated that in the "chill room" he and Complainant were on the couch. When asked what sexual activity occurred, Respondent stated "sex" and confirmed it was penile to vaginal penetration. Respondent stated that he would send AD Mals the text messages he had with Complainant regarding the picture. Respondent stated that the text messages listed Complainant's first name, but not her last name.

When asked if Witness 13 had been drinking when he took the picture, Respondent stated that he doesn't know, but doesn't believe a sober person would do some...

Statement to IUPD

On June 1, 2018, Respondent provided a state... report number associated with Respondent's statement is 181327 and the statement is included in the file. In his statement to the police, Respondent stated that he went to the day party at the Sigma Phi Epsilon fraternity with some friends. Respondent stated that he and his friends

were all drinking. Respondent stated that the party included two sororities and two fraternities. Respondent stated that he had "approximately 5-6 beers over two hours." Respondent stated that he felt drunk, "like he was more confident."

[REDACTED] ated that he was with some friends by the pool when Complainant approached him. Respondent stated [REDACTED] en Complainant around his fraternity, but did not really know her. Respondent stated that he and [REDACTED] tarted talking and were "bring flirtatious." Respondent stated that his friend, (Witness 6), was with him [REDACTED] alking to Complainant. Respondent stating that Complainant was being "very forward" with him, "very [REDACTED] ile they were by the pool. Respondent described Complainant's "suggestiveness" as Complainant touching his shoulder while they talked. Respondent denied trying to kiss Complainant, except for when he was against a wall and Complainant was kissing him. Respondent stated that Complainant "took his hand and led him through the party to a more secluded spot" in the courtyard. Respondent stated that in the more secluded area, Complainant put him up against a wall and began to "make out" with him. Respondent stated that Complainant leaned in first" to kiss him. Respondent stated that Witness 4 saw Complainant leading him (Respondent) through the party.

Respondent described him and Complainant as both being drunk, but did not "describe what that meant." Respondent stated that shortly after he and Complainant were making out, they went to Complainant's sorority so she could change since her [REDACTED] door while she changed. Responde [REDACTED] o his friend's room.

Responde [REDACTED] the couch and started kissing. R [REDACTED]. Respondent stated that he asked Complainant if it was o [REDACTED] hat at one point, Complainant grabbed her genita [REDACTED] nant took off her clothes. Respondent stated that he aske [REDACTED] d that she wanted to get back at her ex-boyfriend. Respon [REDACTED] couch and he may have digitally penetrated her. Respon [REDACTED] they "had sex for two to three minutes." Respondent sta [REDACTED] e penetrated her from behind." Respondent stated tha [REDACTED] o much, but Complainant was moaning in a way that show [REDACTED] ainant to get on top of him.

Respondent stated that while he [REDACTED] om and said, "oops, sorry," then closed the door. Re [REDACTED] he stopped having sex with Complainant to lock th [REDACTED] g the door, Complainant was sitting on the couch. Re [REDACTED] om and Complainant responded, "It's whatever." Respondent stated that he walked back over to Complainant, Complainant got back on her hands and knees, and they began having sex again.

Respondent stated that the door opened a second time and Witness 13 and Witness 3 walked in. Respondent stated that he looked at Witness 13 and Witness 3 and said, "Oh hey" while holding up a piece sign with his hand. Respondent stated that Witness 13 took a picture at that moment. Respondent stated that he felt bad for him and Complainant and they stopped having sex. Respondent stated that he and Complainant got dressed and he walked Complainant home. Respondent stated that he saw his friend, an IU student[5], while he was walking Complainant home.

Respondent stated that after a couple of hour, [REDACTED] to see if she was okay. Respondent stated that he wanted to check in on Complainant since the p [REDACTED] lated. Officer Vanleeuwen showed Respondent

---

[5] Respondent did not ask for this student to be called as a witness for the OSC investigation. IUPD did interview this student and the student stated that he never saw Respondent and Complainant together at the party on the day of the reported incident.

the picture IUPD had recovered. Respondent stated that the header of the picture was Witness 13's name and the fraternity pledge class. Respondent confirmed that the picture was of him and Complainant.

███████ OSC on June 8, 2018

███████ 18, Respondent and his father, serving as his advisor, met with Inv. Cardosa and Inv. McDowell.

███████ ated that he wanted to clarify that the reported incident did not occur in his room. Respondent stated ███████ member of Sigma Nu at the time of the reported incident, but did not live in the Sigma Nu fraternity house at that time.  Respondent stated that he did not allow Witness 13 to take a picture of him and Complainant.  Respondent stated that he gave a statement to OSC in September 2017 in regards to the picture. Respondent stated that he has text messages in which Complainant says she doesn't care about the picture.

When asked if he knew Complainant before the day of the reported incident, Respondent stated that he knew of Complainant because they had mutual friends in common. Respondent stated that, on the day of the reported incident, September 4, 2017, he was at Sigma Phi Epsilon. Respondent stated that Sigma Phi Epsilon is next door to Sigma Nu. When asked when he arrived to Sigma Phi Epsilon, Respondent stated that it was around 2:30-3:00pm, but the party started e███████ ███████ent stated that it was a "quad" p███████ ███████beer and wine. Responde███████ ███████ow people were obtaining alcohol, R███████ ███████that he went up to one of the Sigma Phi Epsilon pledges so███████ ███████Sigma Phi Epsilon, Respondent stated that there w███████ ███████e pool by the basketball court. When asked if Complaina███████ ███████t Complainant didn't get into the pool, but she may have███████

Respondent stated that, at the p███████ ███████n in Complainant's sorority when Complainant cam███████ ███████omplainant seemed very outgoing, they were getting alon███████ ███████ly remembers Complainant saying, "Who shou███████ ███████ed that he didn't really say anything.  Respondent stat███████ ███████oyfriend. Respondent stated that he and Complainant ███████ ███████dent stated that he and Complainant were holding hand███████ ███████n asked to clarify, Respondent stated that Co███████ ███████omplainant leading Respondent through the ho███████

When asked about his and Complainant's level of intoxication, Respondent stated that he and Complainant were walking fine, and that there was no indication of intoxication. Respondent stated that he had five light beers over a 3-hour time period. Respondent stated from the time Complainant came up to him until the time they parted, he did not see her consume any alcohol. Respondent stated that he made eye contact with Witness 4 as Complainant was leading him around the Sigma Phi Epsilon house and he and Witness 4 both "kind of shrugged." Respondent stated that Witness 4 later told him that he (Respondent) looked like he was "along for the ride."  Respondent stated that at Sigma Phi Epsilon, he and Complainant stopped by a wall leading into the party and Complainant started kissing him. Respondent clarified that he was leaning on the wall of the ███████

Respondent stated that Complainant wanted t███████ pa Delta, so he and Complainant walked to Kappa Delta. Respondent stated that when Complaina███████ nge, he waited downstairs outside of her room. Respondent clarified that he may have gone in███████ after she changed. When asked how long he was at Kappa Delta with Complainant, Respondent stated about 10-15 minutes. Respondent stated that he and Complainant then went to Sigma Nu. Respondent stated that he and Complainant went to Witness 3's room and that he and Witness

3 are friends. Respondent identified Witness 3's roommates, but clarified that they were not in the room at the time.[6] When asked how he and Complainant got to Witness 3's room, Respondent stated that they had to walk up a half flight of stairs. When asked how Complainant navigated the stairs, Respondent stated that Complainant navigated the stairs ▮▮▮▮▮▮▮▮▮▮ asked about the layout of Witness 3's room, Respondent stated that from the point of entering the room, ▮▮▮▮▮ on the left to bedrooms and to the right there is a couch along the back wall facing the room and a TV.

▮▮▮▮▮ ▮hat happened when he and Complainant entered Witness 3's room, Respondent stated that he and ▮▮▮▮▮ at on the couch and started kissing. Respondent stated that he doesn't remember "every minute detail" of the sexual activity. Respondent stated that he and Complainant started sexual activity and he asked if it was okay "every step of the way." Respondent stated that he values consent and he asked for consent for "every act, every next step." When asked if he remembered anything about the progression of the sexual activity, Respondent stated that, after he and Complainant stated kissing, he was "feeling her up." When asked to elaborate, Respondent stated that he made contact with Complainant's breasts over her clothes. Respondent stated that he and Complainant then both took off all of their clothes. Respondent stated that, when he and Complainant were both completely naked, he asked Complainant's permission to "finger her," Complainant stated, "Yes," and then he proceeded to "finger her." When asked if he was referring to digital penetration when he stated that he "fingered" Complainant, Respondent stated that he was.

When ask ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at Complainant verbally told him, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ re he and Complainant were pos ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were on the couch, Complainant was on her back, a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on. Respondent stated that Complainant consented to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at position he and Complainant were in, Responde ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at he asked Complainant if she wanted to try a differ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and knees and Respondent being behind her. ▮▮▮▮▮▮▮▮▮▮▮▮▮

Respondent stated that, while h ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ me into the room. Respondent stated that, at one ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ n that person left. Respondent stated that, someti ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ cture. Respondent stated that he thought, "Oh, it's my frie ▮▮▮▮▮▮▮▮▮▮▮▮▮ asked to elaborate, Respondent stated that he saw ▮▮▮▮▮▮▮▮▮▮▮▮▮ d something along the lines of, "Hey what's up?" a ▮▮▮▮▮▮▮▮▮▮▮▮ left the room. Respondent stated that he saw that Wit ▮▮▮▮▮▮▮▮▮▮▮ that entered the room, Respondent stated that there w ▮▮▮▮▮▮▮▮▮▮▮ uldn't remember who they were. When asked what happened when Witness 13 and the other individuals entered the room, Respondent stated that he and Complainant acknowledged that there were intruders. Respondent stated he didn't know when the picture was taken. Respondent stated that he was told later that there was a picture taken. Respondent stated that he doesn't remember exactly when he found out that the picture was taken. When asked what position he and Complainant were in when people came into the room, Respondent stated that every time someone came in, Complainant was on her hands and knees and Respondent was behind her.

Respondent stated that the sexual activity stopp ▮▮▮▮▮▮▮▮▮ plainant to her sorority, which is right next to Sigma Nu. When asked to elaborate on how se ▮▮▮▮▮▮▮▮▮ spondent stated that he told Complainant, "Hey, let's be done." When asked about clothing bei ▮▮▮▮▮▮▮▮▮ ent stated that he and Complainant put on their own clothes. Respondent stated he texted Com ▮▮▮▮▮▮▮▮▮ around 5:55pm, about an hour after the reported incident. Respondent stated that he was conce ▮▮▮▮▮▮▮▮▮ t and what had happened. Respondent stated

---

[6] There was no mention of Witness 4's roommate having any information of the reported incident.

that birth control was discussed. Respondent stated that he would submit the text messages between him and Complainant. Respondent stated he saw Complainant a few weeks later at Sigma Nu and they said, "Hi" to each other.

Prosecutor

2018, OSC received a copy of Respondent's verbal statement to the Monroe County Prosecutor, Josh was taken on July 13, 2018. Respondent's attorney, Sam Shapiro, was also present.

atement, Respondent stated that on September 4, 2017, he was at a fraternity party in the afternoon. Respondent stated that he was with a group of friends, but could not remember who specifically he was with. Respondent stated that Complainant came up to him and was acting "very flirty." Respondent stated that it seemed like Complainant was really outgoing and they talked for a while. Respondent stated that at one point, Complainant said, "Who am I going to fuck today?" Respondent stated that while he and Complainant were talking, they were by an inflatable pool by the fraternity's basketball court. Respondent stated that after talking for a while, he and Complainant went further into the party and were located by a wall that was "a little but away from people." Respondent stated that he and Complainant started kissing, with Respondent's back against the wall and Complainant facing him.

Responde[redacted] could change her pants. Responde[redacted]ndent stated that Complain[redacted]Complainant took his hand and[redacted]m" thorough the party and one o[redacted]ed that one of his friends saw Complainant "dragging" Res[redacted]bered making eye contact with his friend when thi[redacted]

Respondent stated that he and C[redacted]er room. Respondent stated that Complainant change[redacted]ay. Respondent stated that, after Complainant changed[redacted]mplainant talked. Respondent stated that he and C[redacted]ternity house, Sigma Nu. Respondent stated that he and C[redacted]ted that Complainant was walking fine and went up the sta[redacted]

Respondent stated that once he[redacted]ging in sexual activity and started kissing. Respondent[redacted]nd Complainant stated, "Yes." When Sam asked wh[redacted]r wanted anything like this to ever happen in his life." R[redacted]cation between him and the person he is with. Respondent stated that he always asks for consent. Respondent provided names of his past girlfriends to show that he asks for consent during sexual activity.

Respondent stated that he and Complainant were kissing for a while and then they both took off their own clothes. Respondent stated that he asked Complainant if it was okay if he "fingered" her and Complainant said, "Yes." Respondent stated that he "fingered" Complainant. Respondent stated that he asked Complainant if she was sure she wanted to have sex and Complainant said, "Yes." Respondent stated that he and Complainant started engaging in sex. Respondent stated that originally, Complainan[redacted]e was on his front "on her." Respondent stated that he and Complainant changed positions wi[redacted]urs" and Respondent behind her.

Respondent stated that when he was being Co[redacted]to the door. Respondent stated that he heard someone come into the room while he and Co[redacted]g in sexual activity. Respondent stated that he heard, "Oh, sorry" and looked back to see a pe[redacted]t stated that he could not tell who the person was. Respondent stated that there were more people at the door, but he doesn't know how many. Respondent stated that he told the people, "Get out. What are you doing? What the hell?" Respondent stated that one of them was

apparently taking a picture, but he did not know that at the time. Respondent stated that around five people saw him and Complainant engaging in sexual activity. Respondent stated that he said, "Okay, let's be done" and he and Complainant "both finished." Respondent stated that he and Complainant both put on their own clothes.

Respondent ██████ ated that he walked Complainant back to her house. Respondent stated that afterwards, he found out ████████ been a picture taken of him and Complainant that was spread around through a group chat in the ████████ espondent stated that he messaged Complainant and said, "Hey, we should talk about what just happened. ████████ hat someone took a picture?" Respondent stated that Complainant responded, "Yeah, but I don't care. It's fine. Respondent stated that he asked Complainant, "Are you sure?" to which Complainant responded, "I don't give a fuck." Respondent stated that Complainant said "Ha ha" a bunch of times and said she was "laughing her ass off."

Respondent stated that he found out that IU was investigating the picture. Respondent stated that IU brought him in for questioning and he told them that he didn't consent to the picture and did not move forward with an investigation. Respondent stated that "the fraternity got kicked off campus." Respondent stated that he texted Complainant and asked if he could use the messages exchanged between them on the day of the reported incident to show to IU as evidence that neither one of them cared about the picture.

When Jos█████████████████████████████████████████████uchy, including putting her hand on ███████████████████████████████████████████ then stated that he presume███████████████████████████████████████████ e time they started talking up███████████████████████████████████████████ Complainant had to drink. Respondent stated that C██████████████████████████ pondent's statement that Complainant said, "Who am I go██████████████████████ t "out of the blue" and he thought it was aggressive. Whe██████████████████████ inant made that statement, Respondent stated t██████████████████████████ e trying to send signals." When Josh asked if this was a o██████████████████████ sure it was just him and Complainant talking at that poin██████████████████████ ho am I going to fuck tonight?," Respondent stated th██████████████████████ ng to his roommate about what Complainant said when he██████████████████████ lainant's statement, Respondent stated that he didn't██████████████████████ Respondent or if "she just said it," Respondent stated that █████████

When Josh asked about kissin████████████████████████████████ ant kissed by the wall. Respondent stated that he ████████████████████████████ ds were on Complainant's hips. When Josh asked if Co████████████████████████████ nk so. Respondent stated that he was confused on why Complainant needed to change because it didn't seem like she needed to change. When asked what he felt leading up to the kissing, Respondent stated that he and Complainant were walking and Complainant was the one who initiated the kiss. Respondent stated that Complainant had the momentum of going to the wall and he followed. When Josh asked if anyone was around him and Complainant, Respondent stated that Witness 4 saw him and Complainant as they were leaving. Respondent stated that Witness 4 saw Complainant pulling Respondent through the party and holding his hand. When Josh asked if Witness 4 saw the kissing, Respondent stated that he didn't know.

Josh asked about the people who were around when he and Complainant went to the sorority house, Respondent stated that he didn't really remember seeing a█████████████████ e was at the party. When Josh asked why they left the sorority house to go back to his fraternity h█████████████████ more people. When Josh asked if Co█████████████████ know there were more people there because t█████████████████ was at the party. Respondent stated that generally, males are not supposed to go upstai█████████████████ and Complainant would have gotten in trouble if someone found them up there. When Josh asked about how Complainant was walking, Respondent stated that Complainant was walking and talking normally. Respondent stated that Complainant was walking upright and seemed "perfectly capable of walking on her own."

When Josh asked about the alcoholic drinks Respondent saw Complainant consume, Respondent stated that he did not see Complainant consume any alcoholic drinks. When Josh asked if Respondent has ever kissed someone who had been drinking, Respondent stated that he had. When Josh asked about an odor or a flavor that would indicate that someone ███████████████, Respondent stated that he didn't notice any in this instance. When Josh asked about Complainant ██████████ a boyfriend, Respondent stated that when he and Complainant were in the room, Complainant said that ███████ to get back at her ex-boyfriend. Respondent stated that this seemed like Complainant's rationale to "do ████████ Respondent stated that he didn't know if Complainant had a boyfriend or not. When Sam asked if ████████████ it like Complainant was using him, Respondent stated "kind of." When Josh asked what else Complainant said about her boyfriend, Respondent stated that Complainant said her boyfriend was an "asshole."

When Josh asked about the person who came in and said "sorry" when Complainant and Respondent were engaged in sexual intercourse, Respondent stated that he remembered hearing the door open, hearing someone say, "Sorry," and when he turned to the door, the door was closing. When Josh asked if Complainant gave an indication that she heard someone come into the room, Respondent stated that he didn't remember. When asked where Complainant was at that time, Respondent stated that Complainant was "on all fours," facing away from the door. Respondent stated that he got up to lock the door and when he turned around, Complainant was "sitting there." Respondent stated that the sexual intercour██████████████████████████████████████████████████████████ Respondent stated that Complain████████████████████████████████████████████████████████████ Respondent stated that he told Com████████████████████████████████████████████████████ocked the door. When Josh aske█████████████████████████████████████████████████en they "went on with it."

When Josh asked about the nex██████████████████████████████████████████ that he didn't remember who came in, but he remember████████████████████████████████████ spondent stated that he said, "Fuck off. Get out of here."████████████████████████████████████uple of seconds. Respondent stated that he and C██████████████████████████████████ stated that his reaction was, "This isn't working. Let's st█████████████████████████████████ e other people came into the room and Respondent said, █████████████████████████████████o have any alarming reaction. When Josh asked if thi███████████████████████████████████id not know Complainant that well. When Josh asked wha███████████████████████████████████ Respondent stated that he was thinking, "Please leave. P████████████████████████████████

When Josh asked when Res████████████████████████████████████████dent stated that he became aware after he had ██████████████████████████████████████ Respondent stated that someone told him that a picture█████████████████████████████████████████those two people screenshotted the picture and put the picture in a group chat of everyone who lived in the fraternity. When Josh asked if Respondent recognized any specific person when they opened the door, Respondent stated that he knew the identity of one of them because it was the person who took the picture. When Josh asked about the person taking the picture, Respondent stated that Witness 13 took the photo. When Josh asked if Respondent knew Witness 13, Respondent stated that he did. When Josh asked if Witness 13 was someone who Respondent would recognize by sight, Respondent stated that he was. When Josh asked about Respondent not recognizing Witness 13 when the picture was taken, Respondent stated that he recognized Witness 13, but did not know he was taking a picture. Josh asked if Respondent recognized the other person who was with Wit████████████████████ated that he didn't know who it was.

When Josh asked if Respondent found out wha█████████████████████with, Respondent stated a phone. When Josh asked if Respondent was happy or upset about█████████████████t stated that he was upset. When Josh asked that when Respondent originally stated, "Fuck off,"█████████████████ his hands that formed a V, Respondent stated, "Yes." When Josh asked further about the hand gesture, Respondent stated that it was an instinctive thing and that he "throws up" a peace sign all the time. Respondent stated that it was a natural reaction. When Josh asked what the

gesture meant to Respondent, Respondent stated it was like, "Hey, what's up? Go away. Screw off." Respondent stated that gesture is not an aggressive thing or angry gesture. When Josh asked about Respondent doing the gesture and ~~smiling~~, Respondent stated at the time he thought his friends were screwing with him. Respondent stated that he didn't ~~~~ re going to take a picture and spread it around.

~~~~ ked if there was any discussion between Respondent and Complainant about going back to the fraternity ~~~~dent stated that he doesn't remember what specifically was said, but he remembers him and ~~~~alking about going back there. When Josh asked if there was a reason they went to the fraternity house, Respondent stated that he can't remember if anyone specifically said a reason. When Josh asked what Respondent thought the reason was, Respondent stated that he assumed that Complainant wanted to "hook up" at the fraternity house. When Josh asked about the walk over to the fraternity house, Respondent stated that he and Complainant walked down the stairs of the sorority house, went out the back door, walked next door to the fraternity house, went through the backdoor of the fraternity house, walked up about 5 stairs, and then walked into the first room on the right. Respondent stated that Complainant was walking upright, not stumbling, and had no trouble navigating the stairs.

When Josh asked about the room, Respondent stated that if a person walks into the room and goes left, that was where people sl~~~~ ~~~~es Respondent stated that he and C~~~~ ~~~~th the couches was, Respond~~~~ ~~~~om, Respondent stated, "No." Wh~~~~ ~~~~e people who lived in the room. Re~~~~ ~~~~oming in was lower, since he didn't want someone walking~~~~ ~~~~that people were still at the party and didn't know when~~~~ ~~~~ondent stated that he knew the code and opened the ~~~~ ~~~~e door closes, Respondent stated that he didn't~~~~ ~~~~e still came in, so maybe someone who knew the code un~~~~ ~~~~ent stated that it had a mechanical lock and he turned t~~~~ ~~~~s just a keypad, Respondent stated that he didn't~~~~

When Josh asked who lived in th~~~~ ~~~~d provided their names. When Josh asked about choosin~~~~ ~~~~e party and where Complainant lived. Respondent ~~~~ ~~~~t it's a common practice. When Josh asked where he ~~~~ ~~~~f campus. When Josh asked how Respondent arri~~~~ ~~~~k an Uber or Lyft.

When Josh asked about what happened after the sexual intercourse ended and both Complainant and Respondent were dressed, Respondent stated that he and Complainant walked out of the room, walked out the back door, walked next door to Complainant's sorority house, and parted ways. Respondent stated that he was pretty sure he saw Witness 4 as he and Complainant were leaving the fraternity, but he can't remember. When Josh asked if Respondent could estimate time he dropped Complainant off at her sorority, Respondent stated around 5:00pm, but he wasn't sure. Respondent stated that the first time he texted Complainant was around 5:55pm and that was within an hour of him dropping her off.

When Josh asked when Respondent first met C~~~~ ~~~~ Respondent stated around 2:30pm to 3:30pm. When Josh asked if Respondent saw Complaina~~~~ ~~~~c beverage during that time period, Respondent stated not that he remembered. When Josh as~~~~ ~~~~ny indication that Complainant was intoxicated, Respondent stated that he assumed Complaina~~~~ ~~~~ut Complainant didn't seem like she was incapacitated in any way or couldn't handle herself. When Josh asked about Respondent assuming Complainant had been drinking, Respondent stated that he and Complainant were at a party and that's what people do at parties in college. When Josh asked when the party started, Respondent stated that he had "no clue," and estimated that it was

1:00pm. Josh remarked that people normally drink at a party, but the majority of the time Complainant was at the party she wasn't drinking. Respondent stated that he didn't know what Complainant did before she came up to him. When Josh asked if Respondent would have thought that Complainant was drinking if he had met Complainant in a classroom, [redacted] stated, "Probably not." When Josh asked if any of Complainant's behaviors seemed "weird" or out of [redacted] ndent stated that Complainant seemed like she was okay. Respondent stated that Complainant was [redacted] could handle herself.

[redacted] Respondent to let him know anything he remembered Complainant saying from the time he first asked to touch her breast to the time they put their clothes back on, Respondent stated that he remembered Complainant moaning. Respondent stated that he didn't really say anything to Complainant and she didn't really say anything to him. Respondent stated that there was not a lot of verbal exchanges going on. When Josh remarked that Respondent said he asked consent before each thing and other than that, Respondent was saying there was no verbal exchange, Respondent stated not that he could remember. When Josh asked about how Complainant seemed physically and asked if she seemed involved or engaged, Respondent stated that "He was doing the work" in the position that he and Complainant were in. Respondent stated that Complainant was up on her hands and knees as far as he could remember. [redacted] that the sexual intercourse lasted maybe about ten minutes. Respondent stated that he couldn't [redacted]

When Sa[redacted] they did. Respondent stated th[redacted] dent stated that he is not strong en[redacted] espondent indicating the change, Respondent stated that [redacted] knees and she did it. When Josh asked if Complainant verba[redacted] to the position. When Josh asked if Complainant collap[redacted] ndent stated, "No." Josh asked about Complainant's face[redacted] t was down a little bit, like her neck was down. Respondent[redacted] d stated that that the position is a common way for p[redacted] stated that Complainant "wasn't passed out or anything."

When Josh asked who else Resp[redacted] incident, Respondent stated that he talked to his pare[redacted] bout, Respondent stated that he told them what he told J[redacted] ed to the detective. Respondent stated that he [redacted] rted incident. Respondent stated that he also talked to [redacted] om the day. Respondent stated that he also called Witne[redacted] at the party. Respondent stated that Witness 4 told him that it looked like he was "along for the ride," referring to Complainant pulling Respondent through the party. Respondent stated that he also asked his ex-girlfriends if they remembered him clearly asking for consent. When Josh asked about Witness 13, Respondent stated that he hasn't talked to Witness 13. When Josh asked with Witness 13 was in the same fraternity as Respondent, Respondent stated that he is, but he is not really great friends with Witness 13. Respondent stated that he also talked to one of his friend's from high school that is not an IU student. Respondent stated that he also gave Ethics (referring to OSC) a statement.

When Josh asked about a specific IU student[7], [redacted] he remembered seeing this IU student by the back door with Witness 4. When Josh asked is [redacted] e IU student, Respondent stated that he didn't. When Josh asked about Witness 3, Responden[redacted] alked to him. When Josh asked what Respondent thought should happen with the case, Respond[redacted] s it should not move forward and that he did not intend any harm on anyone. When Sam asked [redacted] sided by the detective calling him, Respondent

---

[7] The same IU Student that is interviewed in to IUPD report, but not by OSC.

stated that he was. Respondent stated that he received a phone call from the detective when he was in class, he listened to the voicemail, called the detective back, and then left class and walked directly to the IUPD station and gave a statement. When Sam asked if he spoke to a lawyer or parent before making the statement, Respondent stated that he ▮▮▮▮▮▮▮▮▮, but she didn't answer.

Witness 1 was interviewed on September 26, 2017 by AD Mals and AD Stelmaszczyk.

Witness 1 stated that he knows that the meeting was requested due a photo that was in a GroupMe chat. Witness 1 stated that the photo was taken over Labor Day weekend.

Witness 1 stated that on Thursday, September 7, 2017, Complainant's sister, referring to Witness 11, asked him if he was still the IFC president. Witness 1 stated that he replied that he was the IFC president and Witness 11 asked to speak with him. Witness 1 stated that Witness 11 told him that Complainant went to a room with another guy, referring to Responde▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮s a photo of Complainant and Resp▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Nu. Witness 1 stated that Witness ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮11 told him that she talked to the Sig▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ainant, but advised Witness ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spotts. Witness 1 stated that he provided Witness 11 wit▮▮▮▮▮▮

Witness 1 stated that Witness 1▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮cial backlash from the Sigma Nu Fraternity if she repor▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮hant wants to maintain her friendship with Respondent ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ness 1 stated that Witness 11 asked what would happen if ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ss 11 that he was not sure if Sigma Nu would get in trouble▮▮▮▮▮▮▮▮▮▮▮▮▮▮s possible, he did the right thing. Witness 1 stated that he i▮▮▮▮▮▮▮▮▮▮▮▮▮r it was posted. Witness 1 stated that Witness 11 was no▮▮▮▮▮▮▮▮▮▮▮. Witness 1 stated he did not see the photo, and he didn't▮▮▮▮▮

Witness 1 stated that Steve ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ness 1 stated that he called Complainant's sister ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ollow up with her after the meeting with AD Mals and AD ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮sources and options, and to ask if he could provide the names of Complainant's sister and Complainant to OSC.

## Witness 2

Witness 2 was interviewed on September 27, 2017 by AD Mals and AD Stelmaszczyk.

Witness 2 stated that he knew the meeting was in reference to a photo in a group message. Witness 2 stated that he deleted the GroupMe chat after the picture was posted. Witness 2 stated that all members of the GroupMe were brothers of Sigma Nu. When asked if it was a G▮▮▮▮▮▮▮▮▮▮e members, Witness 2 stated that it was "probably a GroupMe of brothers who lived in ▮▮▮▮▮▮▮▮▮▮▮▮▮vere missing and some didn't live in the house," so it was "kind of random." When asked if he ▮▮▮▮▮▮▮▮roupMe chat, Witness 2 stated that he did not recall.

Witness 2 described the photo as "two people hooking up." When asked to clarify details of the photo, Witness 2 stated that there was a male and female in the photo, but their faces were not visible. Witness 2 stated that there was a couch

in the photo that may have been brown and that the photo had been taken "close up." When asked if the female's breast were visible in the photo, Witness 2 stated that they were not. When asked if any genitalia was visible in the photo, Witness 2 stated that it was not. When asked if he knew who the female was in the photo, Witness 2 stated that ████████ Witness 2 stated that he spent "about 5 seconds" looking at the photo, but did not see the name of the ████████ sent the photo. When asked if the people in the photo appeared to know it was being taken, Witness 2 ████████ would assume they did not know the photo was being taken. Witness 2 identified Respondent as the male ████████ When asked if anyone had spoken to Respondent about the photo, Witness 2 stated that he had not, but ████████ had. Witness 2 stated that Respondent was not a member of the GroupMe that the photo was shared in.

When asked if Sigma Nu has done anything to investigate who took the photo, Witness 2 stated that he did not know who was in the photo or who took it, so a standards process wasn't initiated.

Witness 2 stated that, on the day of the reported incident, Sigma Nu had a social event with Sigma Phi Epsilon, Alpha Epsilon Phi, and Alpha Xi Delta at the Sigma Phi Epsilon fraternity house. Witness 2 stated that the event was from 1:00pm to 4/5:00pm.

Witness 2 stated ████████ ow it's not okay," referring to the photo and that "one person made a dumb mistake."

**Witness 3**

Witness 3 ████████

Witness 3 stated that he is frien ████████ nt, Sigma Nu. Witness 3 stated that, on the day of the re ████████ uple of hours. Witness 3 estimated that he arrived at the ████████ e saw Complainant or Respondent at the party, Witnes ████████ at the party. When asked about the pool at the party, Wit ████████ having fun. When asked if he consumed alcohol that day, ████████ bring the Vodka to Sigma Epsilon Phi. When asked if he sa ████████ Witness 3 stated that he didn't. When asked about the al ████████ thinks there was probably wine. When asked about the me ████████ ed that he didn't know Sigma Epsilon Phi's alcohol polic ████

Witness 3 stated that, after ████████ ma Nu fraternity house and he saw Respondent and ████████ as a member of Sigma Nu, but did not live in the house ████████ ant into the room to "hook up." Witness 3 stated that, when he walked into his room, Respondent and Complainant were in the process of having sex. When asked what he did when he saw Respondent and Complainant having sex, Witness 3 stated that his clothes were wet from the pool at party so he just grabbed a change of clothes from his rom and left. Witness 3 stated that it was awkward. Witness 3 stated that Respondent looked over his shoulder and smiled at him, but he couldn't see Complainant's face at the time.

When asked why Respondent went to his (Witness 3's) room, Witness 3 stated that he was pretty upset about Respondent going into his room. Witness 3 sta ████████ her knew the code to get into Witness 3's room or the room door was unlocked due to the lock be ████████ about Respondent's and Complainant's position on the couch, Witness 3 stated that Complaina ████████ and Respondent was behind her. Witness 3 stated that it was clear that Respondent and Complai ████████ hen asked to elaborate, Witness 3 clarified that it was clear from their position that Respondent ████████ inant's vagina. Witness 3 stated that neither Respondent and Complainant had clothes on and, when Witness 3 entered the room, "they paused" and Respondent said something like, "Sorry." Witness 3 stated that Complainant "tried to hide herself" when he entered the room, but Respondent was "proud" to be seen having sex and wasn't embarrassed. When asked if Complainant made any noises

when he entered the room, Witness 3 stated that she didn't, but she seemed to be conscious. When asked to elaborate on how Complainant seemed to be conscious, Witness 3 stated that Complainant was holding her back up and, if she was unconscious, she probably would have fallen.

_____ stated that, the next day, he saw a photo of Respondent and Complainant during sexual activity. Witness 3 _____ couldn't see Complainant's face in the photo, but later learned that it was her. Witness 3 stated that _____ and Complainant were in the same position in the photo as they were when he walked into the room. _____ ed that he heard a rumor from someone in the Sigma Nu fraternity that the picture got reported to IU by Complainant's sister, but that Complainant did not care about the picture. When asked if he ever talked to Complainant about the specifics of what occurred, Witness 3 stated that he didn't. Witness 3 stated that he assumes Complainant spoke to Witness 5, Witness 9, and Witness 10 about what occurred. When asked if he spoke to Respondent about the specifics of what occurred, Witness 3 stated that he didn't, but Respondent cleaned his couch.

## Witness 4

Witness 4 was interviewed on June 14, 2018 by Inv. Cardosa and Inv. McDowell.

Witness 4 _____ e Vice President of Sigma Nu. Witn_____ he was at the Sigma Nu house a l_____ rs of Sigma Nu.

Witness 4 _____ nt at a party. Witness 4 stated that he doesn't remembe_____ Witness 4 stated that he saw Complainant leading Respo_____ tated that Complainant and Respondent were holding h_____ he party. Witness 4 stated that it looked like Respondent w_____ nt was trying to get away, Witness 4 stated that it wasn't t_____ e I am getting dragged around the party." Witness 4 sta_____ Witness 4 stated that he saw Respondent and Complaina_____ had been at the party for a while. Witness 4 stated that h_____ ondent around the party to other people. When asked if _____ t he didn't recall.

When asked about the atmosph_____ ple at a party. When asked if there was alcohol a_____ embered what kind of alcohol was present, Witnes_____ spondent consume alcohol, Witness 4 stated th_____ ey were aware of their surroundings and what was going on. Witness 4 stated that he assumes Respondent and Complainant had been consuming alcohol since there was alcohol at the party. When asked about other indicators of intoxication, Witness 4 stated that neither Complainant nor Respondent were slurring their words or having trouble walking. Witness 4 stated that neither Respondent nor Complainant were "blacked out" and both were able to have a conversation with him. When asked if he remembered what he talked to Respondent and Complainant about, Witness 4 stated that he didn't. When asked when he talked to Respondent and Complainant, Witness 4 stated that Complainant was "dragging" Respondent around when Respondent looked at him and they talked briefly.

When asked if there was a pool at the party, W_____ re was a swallow long pool. Witness 4 stated that people were standing in the pool and jumping _____ at it was probably wet and muddy around the pool. When asked if he noticed either Respond_____ lothes being wet, Witness 4 stated that he didn't. When asked if he saw Complainant and Respo_____ Witness 4 stated that he didn't. Witness 4 stated that he might have seen Respondent and Complainant separately later on in the night at the Sigma Nu fraternity house. Witness 4 clarified that, later on in the night, Complainant and Respondent were hanging out with separate groups of people in the house. Witness 4 stated that both Respondent and Complainant seemed fine when he saw them. When

asked about Respondent and Complainant's intoxication levels at this point, Witness 4 stated that it had been a while since the party so he didn't notice anything about their intoxication levels. Witness 4 stated that he is 95% sure that he saw Complainant at Sigma Nu on the night of the reported incident, but he could be confusing it with another night.

either Respondent or Complainant talked to him about what occurred on the night of the reported ess 4 stated that he didn't think so.

Witness 5 was interviewed on June 14, 2018 by Inv. Cardosa and Inv. McDowell.

Witness 5 stated that, on September 4, 2017, she was at a party at Sigma Phi Epsilon. Witness 5 described the party has having "a ton of people." When asked if she saw Complainant at the party, Witness 5 stated that she did at the beginning of the party, but then didn't see Complainant again until she was back at their sorority house, Kappa Delta. Witness 5 stated that it was "pretty normal" for her only to see Complainant a few times at a party. When asked if she and Complainant went to the party together, Witness 5 stated that they didn't, but Kappa Delta is right next door to Sigma Phi Epsilon. Witness 5 stated that groups of people were walking from Kappa Delta to Sigma Phi Epsilon and she and Com

When ask                                                                                      Witness 5 stated that she didn't rer                                                                              t would have been in small gro                                                                                   Kappa Delta, but she also wasn't rooming with Complaina                                                          mmates which included Witness 7 and Witness 8.

When asked if she saw Complain                                                          that she did. When asked if she remembered what kind of                                                     was a combination of hard alcohol, wine, and beer. When a                                                d that she and Complainant danced together a                                                 usic is too loud. When asked how Complainant was dar                                         ld." When asked to elaborate, Witness 5 stated that                                      o dance, she'll dance. Witness 5 clarified that Complai                                        as there to have fun. When asked about Complainant                                         n't stumbling, but she has seen Complainant drunk be                                        wn. When asked how she knew Complainant had bee                                        olding a cup and Complainant was being loud, wh                                        ntoxicated.  Witness 5 stated that, when she saw Complainant at Sigma Phi Epsilon, she didn't feel like Complainant needed to go home at that point. Witness 5 stated that there have been times when she had seen Complainant more intoxicated then she was on September 4, 2017.

Witness 5 stated that she saw Complainant randomly throughout the party. When asked if she saw Complainant and Respondent together at any point during the party, Witness 5 stated that she didn't. When asked if she saw Respondent at the party, Witness 5 stated that she did once or twice. When asked if she recalled Respondent's demeanor, Witness 5 stated that he seemed intoxicated when she ta                           d if there was a pool at the party, Witness 5 stated that there was a kiddie pool. When aske                           r the pool, Witness 5 stated that she didn't remember seeing Complainant stumbling arou                          5 stated that she remembers seeing Complainant was wet. When asked to elaborate                          Complainant's shirt, which was a crop top, was wet. Witness 5 stated that there was a shell of                         people were falling as they were trying to get onto the jet ski.

Witness 5 stated that, later that night, she saw Complainant at Kappa Delta and Complainant was still intoxicated at this point. Witness 5 stated that Complainant was crying and very upset. Witness 5 stated that Complainant told her that she had started talking to Respondent and went with him to Sigma Nu because he made it sound like they were going to be ███████ with other people in his fraternity. Witness 5 stated that Complainant told her that she was tired and was ███████ drunk." Witness 5 stated that Complainant told her that she laid down on the couch because she was ███████ ████████ tried to "sexually assault her." Witness 5 stated that based on her opinion, it was her impression ████████ didn't know that he was "sexually assaulting" Complainant because "he was really drunk too." Witness ████████ he doesn't think Respondent had the intention of sexually assaulting Complainant. Witness 5 stated that it is clear from the photo taken of Complainant and Respondent that Complainant "was not reciprocating." Witness 5 stated that, based on what Complainant told her, it was clear that Complainant didn't want to "hook up," but Respondent was "still trying to push for it." Witness 5 stated that Complainant told her that "it didn't feel good," that she was tired, and that she had just wanted to go to sleep. Witness 5 stated that Complainant told her that she wanted Respondent to stop and that she told him, "No."

Witness 5 stated that she is friends with the men in Sigma Nu and one of them sent her the picture of Respondent and Complainant. Witness 5 stated that she showed the picture to Complainant and Complainant started crying. Witness 5 stated th████████████████████████████████████████████████████████ss 5 stated that Complain███████████████████████████████████████████████████████ that, at the time, Complain███████████████████████████████████████████████████a Nu again. Witness 5 stated th██████████████████████████████████████████████████s that messed up and it was wrong of them." When ask███████████████████████████████████████re upset with Witness 13, the person who took the photo.██████████████████████████████████████xual activity was non-consensual. Witness 5 stated th█████████████████████████████████████t the president of Sigma Nu, Witness 2, deleted the Grou████████████████████████████████████ she talked to Witness 2 about the picture and Witness 2█████████████████████████████████████tness 2 told her that it was "messed up" and they were goi██████████████████████████████

Witness 5 stated that, the next d█████████████████████████████████████ant was crying. Witness 5 stated that she called Complaina████████████████████████████████████ Complainant asked her to send her the photo. Witness 5 st█████████████████████████████████ "they realized how messed up it was." Witness 5 sta██████████████████████████████████ about the picture or the sexual activity.

## Witness 6

Witness 6 was interviewed on June 18, 2018 by Inv. Cardosa and Inv. McDowell.

Witness 6 stated that, on the day of the reported incident, there was a party at a fraternity, but he doesn't remember what fraternity had the party. When asked if he remembered how he got to the party, Witness 6 stated that he doesn't remember if he walked to the party or took an Uber. When asked if the party was at a house or a bar, Witness 6 that stated that it was not a bar and he thinks it was an on-campus fraternity house.

Witness 6 stated that he thinks the party started █████████████████ he arrived around 4:00pm. When asked about the atmosphere of the party, Witness 6 stated that ███████████████ good time and people were dancing. When asked if there was a theme at the party, Witness 6 sta████████████████████k so. When asked if he remembered a pool at the party, Witness 6 stated that there was a sh█████████████████ water in the pool was not even ankle-high. When asked if he remembered if there was a jet ski a███████████████ated that he doesn't remember. When asked if there was alcohol available at the party, Witness 6 stated that there was. Witness 6 stated that the fraternity "followed procedure" so there was no hard alcohol. When asked if he consumed alcohol on the day of the reported incident,

Witness 6 stated that he consumed alcohol at his apartment before going to the party. When asked if any pre-gaming occurred before the party, Witness 6 stated that he does not remember.

[redacted] he went with Respondent to the fraternity party, Witness 6 stated that he doesn't remember going to the [redacted] spondent. Witness 6 stated that he only saw Respondent and Complainant briefly at the party when they [redacted] him.  Witness 6 stated that Complainant and Respondent were holding hands, but it was more like [redacted] was leading Respondent by the hand. When asked to elaborate, Witness 6 stated that Complainant was a [redacted] n front of Respondent, leading the way. When asked if he knew where Complainant and Respondent were going, Witness 6 stated that he didn't. When asked if he observed either Respondent or Complainant having trouble walking, Witness 6 stated that doesn't believe so, but the party was a long time ago.  When asked if he talked to Respondent about what happened on the day of the reported incident, Witness 6 stated that he did not.

**Witness 7**

Witness 7 was interviewed on June 19, 2018 by Inv. Cardosa.

Witness 7 [redacted] that [redacted] Complainant's roommate. Witness 7 stated that she wasn't with Complainant during the party tha[redacted]

Witness 7 [redacted] ternoon and found Complain[redacted] had left to bring a friend home an[redacted] their room for more than 15 minutes before Witness 7 fou[redacted] nt was intoxicated, Witness 7 stated that Complaina[redacted] appened, smelled like alcohol, her speech was "all ove[redacted] hat Complainant's speech and eyes may have been affecte[redacted] ss 7 stated that she has never seen Complainant at that [redacted] t was "way past her usual drunk state." Witness 7 stated t[redacted] ication.

Witness 7 stated that someone [redacted] mplainant and Respondent. Witness 7 stated th[redacted] to her room.  Witness 7 stated that someone also showe[redacted] Complainant water, changed her, and put her to bed[redacted] nant's sister, referring to Witness 11. Witness 7 state[redacted] for a little while. Witness 7 stated that, either that ni[redacted] ouse.

Witness 7 stated that, she thinks, Complainant was a virgin before her experience with Respondent. Witness 7 stated that Complainant had a lot of good friends in Sigma Nu, but didn't really know Respondent.  When asked if Complainant shared any further details with Witness 7 about what happened on the day of the reported incident, Witness 7 stated that she didn't. Witness 7 stated that she knows the reported incident really upset Complainant and that Complainant wasn't happy with what had happened. Witness 7 stated that she knew that Complainant had been thinking about talking to someone "in a position of power" about what happened.

**Witness 8**

Witness 8 was interviewed on June 20, 2018 by [redacted] McDowell.

Witness 8 stated that Complainant is her room[redacted] that, on the day of the reported incident, she saw Complainant in their room around 5:00pm afte[redacted] Witness 8 stated that she didn't remember if Complainant returned to their room when she (Witness 8) was there, or if Complainant was already in the room when Witness 8 walked in. Witness 8 stated that Complainant was "out of it," sobbing, and didn't really know what was going

on. Witness 8 stated that she and some other people stayed with Complainant and tried to help her feel better. When asked who else was with her and Complainant, Witness 8 stated that she thinks Witness 5 was there, but she can't ~~remember who~~ else. When asked if Complainant told Witness 8 what had happened, Witness 8 stated that Complainant ██████████ y a lot at that time.

██████████ she was with Complainant during the day at all, Witness 8 stated that she thinks she saw Complainant ██████████ ay, but she didn't remember where. When asked if there was a party or an event that day, Witness 8 ██████████ re were a lot of parties that day. When asked if she went to a party with Complainant, Witness 8 stated that she may have gone to the party but she cannot remember for sure.

When asked about Complainant's level of intoxication when she returned to her and Witness 8's room after the reported incident, Witness 8 stated that Complainant was "really hammered" and was "out of her mind." When asked about any other indications of intoxication, Witness 8 stated that Complainant is her best friend and she knows her well enough to know when she is intoxicated. Witness 8 stated that Complainant wasn't making any sense and was not being her normal self. When asked if Complainant had trouble standing or walking, Witness 8 stated that she did. Witness 8 stated that Complainant was laying on the floor in their room. When asked if she remembered if Complainant's clothes were wet ██████████████████████████████████████████████ ing, Witness 8 stated that Complain████████████████████████████████████████████████████████ en. When asked if Complain████████████████████████████████████████████████████ f Complainant told her what alc███████

Witness 8 stated that she knew ███████████████████████████████████████ how she found out about the picture, Witness 8 stated tha██████████████████████████████████ted talking about the picture. Witness 8 stated that w████████████████████████████ex, she knew she had to find Complainant. Witness 8 stat██████████████████████████████ tness 8 stated that, later on when Complainant was sobe████████████████████████████████ When asked if Complainant shared anything el███████████████████████ant told her that she "didn't want any of that to be ha████████████████████████ e wanted to fall asleep and wanted "it" to be over. Over. W██████████████████████████ hen she said "it," Witness 8 stated that it was clear to her██████████████████████████ant having sex with her. When asked if Complainant shar█████████████████████████ hat the reported incident happened at Sigma Nu.

Witness 8 stated that Comp██████████████████████████████ lice and provide Witness 8's name as a witness. Witn██████████████████████████████ vas weighing on her mind for a long time and she wanted to report it.

## Witness 9

Witness 9 was interviewed on June 20, 2018 by Inv. Cardosa.

Witness 9 did not have any information about the reported incident.

## Witness 10

Witness 10 was interviewed on June 22, 2018 █████████████ McDowell.

Witness 10 stated that he does not know what █████████████ bout. Inv. Cardosa provided Witness 10 with the date of the reported incident, but Witness 10 █████████████ hat the investigation was in reference to. Inv. Cardosa asked if Witness 10 remembered a party that had a jet ski, Witness 10 stated that he did. Witness 10 stated that he knows that there was a party at Sigma Phi Epsilon where there was a jet ski. Witness 10 stated that he thinks the

party that he was remembering at Sigma Phi Epsilon happened around the date of the reported incident. When asked what he remembered about the party, Witness 10 stated that he went to the party with a few volleyball teammates. When asked which female volleyball teammates he saw at the party, Witness 10 did not identify Complainant. When asked if anyone else he knew at the party, Witness 10 did not identify Complainant or Respondent.

he was involved in any student organizations, Witness 10 stated that he was a member of Sigma Nu. he recalls if anything of concern was shared in a pledge class GroupMe, Witness 10 stated that he knows le was created. When asked if he knows why a new GroupMe was created, Witness 10 stated that it may have been because of a picture. When asked if he knows what the picture was, Witness 10 stated that he does not.

### Witness 11

Witness 11 was interviewed on June 28, 2018 by Inv. Cardosa.

Witness 11 stated that Complainant is her sister. Witness 11 stated that, on the day of the reported incident, Complainant texted her sometime in the evening and said that she wanted to talk. Witness 11 stated that this was unusual so she called Complainant. Witness 11 stated that, when she called Complainant, she could tell that Complain _____ rty Complainant was at, Witness _____ ma Phi Epsilon. Witness 11 stated _____ had been crying and had been drin _____ coherent as she would have been had she been sober. _____ g on" and Complainant told her that "it wasn't a big dea _____ aid, "Okay" and ended the phone call with Complainant.

Witness 11 estimated that abou _____ Witness 11 stated that Witness 5 told her that there wa _____ should come over to Kappa Delta. Witness 11 stated _____ Witness 11 stated that Witness 5 told her that Complai _____ y to have sex with a male from Sigma Nu, and while she a _____ Witness 11 stated that Witness 5 showed her the pictu _____ ad been shared in Sigma Nu's GroupMe chat, but the pre _____ s 11 stated that Complainant was a virgin be _____ ned that the picture had "gotten around." Witness 1 _____ he could tell it was Complainant since Complai

Witness 11 stated that she went to talk to Complainant, who was sleeping. Witness 11 stated that it was hard to wake up Complainant. Witness 11 stated that Complainant was still drunk at this point. Witness 11 stated that she could tell that Complainant had been drinking a lot since she was still very intoxicated. Witness 11 stated that Complainant was slurring her words, having a hard time paying attention to Witness 11, and had drowsy eyes. When asked if Complainant shared with her how much she had to drink, Witness 11 stated that she did not. Witness 11 stated that she told Complainant that Witness 5 had told her what had happened and that she (Witness 11) was here for her. Witness 11 stated that Complainant was trying to belittle the situation and said she was "totally fine." Witness 11 stated that Complainant told her that she didn't understa _____ ake the picture and that she also felt taken advantage of because she hadn't had sex befor _____ k."

Witness 11 stated that she then went to Sigma _____ esident, Witness 2. Witness 11 stated that she told Witness 2 that she was Complainant's big _____ know what Sigma Nu planned to do about the situation. Witness 11 stated that Witness 2 told her that he didn't know what she was talking about. Witness 11 stated

that she replied that she had the picture and that she knew Witness 2 knew what she was talking about. Witness 11 stated that Witness 2 said, "Oh, that." Witness 11 stated that Witness 2 was not being straightforward with her.

Witness 11 stated that she wanted to report, but she talked to some friends who told her that it was Complainant's ▓▓▓▓▓▓▓▓▓▓ port or not. Witness 11 stated that she met up with Complainant about a week after the reported incident ▓▓▓▓▓▓▓▓ ant shared how upset she was about the whole situation. Witness 11 stated that she recommended ▓▓▓▓▓▓▓▓ situation to Complainant. Witness 11 stated that Complainant told her that she didn't want to lose her ▓▓▓▓▓▓▓▓ a Nu or have the women in Kappa Delta be mad at her.  When asked if Complainant ever went into the specific about what had occurred, Witness 11 stated that she didn't.

## Witness 12

Witness 12 was interviewed on July 5, 2018 by Inv. Cardosa.

Witness 12 stated that, on the day of the reported incident, she was at a party at Sigma Phi Epsilon. When asked if she remembered when she arrived at the party, Witness 12 stated that she believes she got there in the early afternoon. Witness 12 stated that when she arrived at the party she saw Complainant on an elevated surface singing and dancing to the mu▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓d that the video was taken at 2:18pm▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓s 12 stated that she would provide I▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓k in each hand while she was danc▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓n her hand, Witness 12 stated that Complainant had a b▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ness 12 stated that she is not sure what kind of alcohol wa▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓t the party, Witness 12 stated that she thinks the bar w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓she knew if Complainant had any hard alcohol at the part▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓aw Complainant playing any drinking games, Witness 12▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓igma Phi Epsilon. Witness 12 stated that Complainant had▓▓▓▓▓▓

When asked about the atmosph▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓en party because there were a lot of different people th▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓nd white inflatable pool behind their house. Witness 12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓rned on. When asked how tall the pool was, Witness 12 sta▓▓▓▓▓▓▓▓▓▓▓▓was difficult. Witness 12 stated that she is 5'4" and t▓▓▓▓▓▓▓▓▓▓▓▓eople could fit in the pool.

Witness 12 stated that she saw ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓d that she was in the pool when Complainant got to the pool area. Witness 12 stated that she didn't watch Complainant get into the pool, but remembers that Complainant wore her shoes into the pool even though most people were taking their shoes off. Witness 12 stated that she could tell that Complainant had been drinking a lot and was intoxicated. Witness 12 stated that Complainant was having trouble walking straight and was unable to focus on having a conversation. Witness 12 stated that Complainant was stumbling around the pool and fell out of the pool onto the grass at one point. Witness 12 stated that, once Complainant fell out of the pool, she stumbled away from the pool area. Witness 12 stated that this was the last time she saw Complainant on the day of the reported incident.

When asked if she talked to Complainant abou▓▓▓▓▓▓▓▓▓▓▓day of the reported incident, Witness 12 stated that Complainant didn't give her much details ▓▓▓▓▓▓▓▓▓d.  Witness 12 stated that Complainant doesn't like to talk about what occurred. Witness 12 st▓▓▓▓▓▓▓al understanding that, on the day of the reported

---

[8] Witness 12 provided the video and it is included in the case file.

incident, Complainant went to Sigma Nu, ended up having sex with someone she knew, and a picture was taken of her while sexual activity was occurring.  Witness 12 stated that Complainant was really upset about the whole situation.

_____ s interviewed on July 23, 2018 by Inv. Cardosa and Inv. McDowell.

_____ ted that, on the day of the reported incident, he remembers going to the SRSC early because there was a _____ Phi Epsilon later that day. Witness 13 stated that he returned to Sigma Nu from the SRSC around 11:00am and went to Witness 14 room, which was located on the 3rd floor. Witness 13 stated that he and Witness 14 went to Sigma Phi Epsilon around noon, and were there for a couple hours. Witness 13 stated he and Witness 14 came back from Sigma Phi Epsilon and went to Witness 13's room in Sigma Nu, which was located on the first floor. Witness 13 stated that he and Witness 14 ordered Jimmy Johns and ate the food in Witness 13's room. Witness 13 stated that his girlfriend came over to Sigma Nu around 3-3:30 pm.

Witness 13 stated that, after eating Jimmy Johns, he, his girlfriend, and Witness 14 decided to go hang out in Witness 14's room. _____ Student A, is in the room next to Witness 13's room. Witness 13 stated that he, his gir_____ Student A's room to see if he wan_____ Student A's room while his girlfriend _____

Witness _____ Witness 13 stated that, as soon as Witness 14 went into St_____ Witness 13 stated that he wondered what Witness 14 y_____ Respondent having sex with a female, referring to Comp_____ Witness 14 told Witness 13 to take a picture. Witness 13 _____ uing to laugh. When as to elaborate, Witness 13 stat_____ king the picture. Witness 13 stated he was thinking impul_____ at SnapChat only allows a picture to be viewed for a few s_____ the picture with the first SnapChat group on his list. Witn_____ Respondent was laughing.

When asked to elaborate on wh_____ was a group of about 12 of his friends from his pledg_____ picture and one, Witness 15, put the picture in a Gro_____ the GroupMe chat about 20 minutes after Witness 13 pos_____ otify you if someone takes a screenshot of your picture. Witness 13 stated that the president of Sigma Nu deleted the GroupMe chat within 5 minutes of the picture being posted.

When asked to provide more information about the layout of the room, Witness 13 stated that there is a main living area and separate sleeping areas. Witness 13 stated that Respondent and Complainant were on the couch in the middle of the main living area. Witness 13 stated that the curtains were open, so it was bright in the room. Witness 13 stated that Respondent made it seem that it was ok that he and Witness 14 were in the room. Witness 13 stated that neither Respondent nor Complainant told him or Witn_____ t. Witness 13 stated that he couldn't see Complainant's face, buttocks, or private areas._____ e didn't know who Complainant was, only that she had brown hair. When asked how he knew _____ omplainant were having intercourse, Witness 13 stated that Respondent was naked on top of C_____ stated that he could see the side of Complainant's thigh and arm. Witness 13 stated that he dedu_____ d Complainant were having sex based on the position that they were in.

When asked if Complainant acknowledged him and Witness 14, Witness 13 stated that she did not. Witness 13 stated that he was focused on Respondent and completely paying attention to Respondent. When asked if Complainant said anything or moved, Witness 13 stated that Complainant did not say anything. Witness 13 stated that Complainant was ▮▮▮▮▮▮▮▮▮▮ and knees and was adjusting her hands. When asked to elaborate on how Complainant was adjusting her ▮▮▮▮▮▮s 13 stated that female went from resting her weigh on her hands to resting her weight on her elbows. ▮▮▮▮▮▮ Complainant appeared to be conscious, Witness 13 stated that Complainant appeared conscious. Witness ▮▮▮▮▮▮ Complainant was supporting herself with her hands. When asked if Complainant knew that he and ▮▮▮▮▮▮re in the room, Witness 13 stated that Complainant would have known he and Witness 14 were in the room because they were laughing and Complainant would have heard Witness 14 open the door.

Witness 13 stated that, about two weeks after the reported incident, the president of Sigma Nu asked to meet with Witness 13 and Witness 15 separately. Witness 13 stated that the president told him that the fraternity was contacted by the university about the picture that Witness 13 had taken. Witness 13 stated that the president said, "(Witness 13) you took the picture, (Witness 15) you put it in the GroupMe, and you need to apologize."

Witness 13 stated that, in early October 2017, he told Respondent that he had no intention of walking in on him (Respond ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ told him that it was fine and the h ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮nt told him that Complain ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮r body parts. Witness 13 stated th ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮was over. Witness 13 stated th ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮nant was fine, he ended up not apologizing to her. Witness ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Complainant is she was okay with what happened. Witn ▮▮▮▮▮▮▮▮▮▮▮▮▮cture, that it doesn't represent who he is as a person.

### Statement to Prosecutor

On September 19, 2018, OSC re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮County Prosecutor, Josh Radicke, that was taken on Sep▮▮▮

Witness 13 stated that he worke ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮he fraternity[9] house to start getting ready to go to the p ▮▮▮▮▮▮▮▮▮▮▮▮▮▮few beers leading up to the party. Witness 13 stated tha▮▮▮▮▮▮▮▮▮▮

Witness 13 stated that the S ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ernity house. Witness 13 stated that he arrived to th ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮rty for about 2.5 to 3 hours. Witness 13 stated that he went to the party with a couple of his friends. Witness 13 stated that, after being at the party for a couple of hours he and his friends decided that they wanted to go home and relax. Witness 13 stated that he went back to the fraternity house[10] with his friend, Witness 14 and went to Witness 14's room on the third floor. Witness 13 stated that he and Witness 14 were hanging out in Witness 14's room on the couch, watching TV. Witness 13 stated that he ordered Jimmy John's. Witness 13 stated that he texted his girlfriend and asked her to come over. Witness 13 stated that his girlfriend and one of her friends decided to come over. Witness 13 stated that Jimmy John's and his girlfriend both arrived at the same time. Witness 13 stated that he met his girlfriend and Jimmy John's at the door. Witness 13 stated that he talked to his gi ▮▮▮▮▮▮▮▮▮▮nd in the formal area before going back to his room, which was on the first floor.

Witness 13 stated that he went to his room to ▮▮▮▮▮▮▮▮▮▮out with his girlfriend and Witness 14. Witness 13 stated that after he finishing eating his food, th ▮▮▮▮▮▮▮▮▮d to go back up to Witness 14's room. Witness 13

---

[9] Referring to the Sigma Nu Fraternity house.
[10] Referring to the Sigma Nu Fraternity house.

Nov 6, 2018,

stated that they had to go down the hallway and then up the stairs to get to Witness 14's room. Witness 13 stated that on the way to Witness 14's room was his friend Student A's room. Witness 13 stated that Witness 14 suggested inviting Student A to come with them. Witness 13 stated that as they were walking down the hallway Witness 14 opened the [REDACTED] nt A's room and walked in. Witness 13 stated that as soon as Witness 14 walks into Sauder's room he [REDACTED] ughing." Witness 13 stated that he wanted to see what was going on so he walked into Student A's room [REDACTED] espondent having sex with a girl, referring to Complainant. Witness 13 stated that this was not the [REDACTED] of the room. Witness 13 stated that they were in the common room, which had a couch and a TV. [REDACTED] ted that this is normally were he sees his friends hanging out all the time. Witness 13 stated that Respondent was living in an off-campus apartment. Witness 13 stated that he had no idea that Respondent was even going to be there, "much less engaging in intercourse with anyone."

Witness 13 stated that he was standing there for three or four seconds, laughing. Witness 13 stated that Respondent turns around and starts laughing. Witness 13 stated that he didn't think he saw Complainant's face. Witness 13 stated that he thinks Complainant was hiding her face. Witness 13 stated that he was mostly paying attention to Respondent because he was his friend. Witness 13 stated that he was laughing at the situation because it was so random. Witness 13 stated that Witness 14 says, "Hey, this is funny. Take a picture." Witness 13 stated that impulsively, he took out his phone an [REDACTED] sticks his thumb up, "like thumbs u [REDACTED] y and that being there was okay [REDACTED] 3 stated that he forgot what the [REDACTED] " or something like that. Witness 13 stated that he sent t [REDACTED] friends from his pledge class. Witness 13 stated, "With [REDACTED] re disappears completely after seven seconds."

Witness 13 stated that after the [REDACTED] room and closed the door behind them. Witness 13 stated [REDACTED] 3 stated that his girlfriend had already started to walk up t [REDACTED] Witness 13 stated that they hang out a little bit. Wit [REDACTED] d to leave. Witness 13 stated that he hung out in Witn [REDACTED] e got a notification that two people had screenshotted t [REDACTED] GroupMe that had part of his fraternity had been delet [REDACTED] n posted in the GroupMe, but the GroupMe was immediat [REDACTED] e in the GroupMe. Witness 13 stated that he w [REDACTED]

When asked what Witness 14 s [REDACTED] t A's full name, Witness 13 provided it. When asked for his girlfriend's name, Witness 13 provided it. Witness 13 stated that his girlfriend did not see anything happen, she just walked to Witness 14's room. When asked if he had seen Respondent at any point that day before seeing him in Student A's room, Witness 13 stated, "No." When asked if he saw Respondent after seeing him in Student A's room that day, Witness 13 stated, "No." When asked if he has seen or talked to Respondent about the incident since the incident occurred, Witness 13 stated, "No." Witness 13 stated that he was directed to not talk about this with anyone. When asked if he had any written communication with Respondent, Witness 13 stated that he talked to Respondent about it to apologize a month later. Witness 13 stated that his fraternity president sat him and the person who allegedly put the picture in the Gro [REDACTED] at they should apologize to Respondent and Complainant for the picture. Witness 13 stated [REDACTED] ed Respondent to see if he wanted to meet. Witness 13 stated that he met with Responden [REDACTED] espondent said, "It's no big deal." Witness 13 stated that Respondent told him that he had te [REDACTED] lainant in which she said, "Don't worry about it. I don't even care. You can't even see my body parts." Witness 13 stated that Respondent told him that he had submitted

3:14:21 PM EST                                                                          M – Nov 6,

those text messages to IU Student Ethics.[11] Witness 13 stated that Respondent told him that he and Complainant had already discussed this and she said, "It doesn't matter and it's fine." Witness 13 stated that Respondent told him essentially, "Don't worry about it."

[redacted] ted that from that point, he didn't want to "stir the pot" anymore than it was, so he didn't say anything to [redacted] fterwards. Witness 13 clarified that other than the apology, he has not spoken to Respondent about the [redacted] nt. When asked if anyone contacted him to discuss the incident other than Respondent, Witness 13's [redacted] nyone involved in IU discipline, Witness 13 stated his friend Witness 15 asked him what was going on. Witness 13 stated that he was vague with Witness 15 and told him there was an investigation going on and that IU Student Ethics might need to talk to him about it. Witness 13 stated that besides Witness 15, no one else contacted him.

When asked how SnapChat works, specifically if the picture deletes off the sender's phone automatically or just the people who receive the photo, Witness 13 stated that it deletes off of everyone's phone. Witness 13 stated that he only saw the picture for two seconds, sent it to a handful of people, and then it was gone off his phone. Witness 13 stated that it stays on the phone of people who receive the photo for about six to seven seconds before deleting. When asked if he used the camera function on his phone to take the picture and then move the picture over to SnapChat, Witness 13 stated th [redacted] When [redacted] a copy of the picture, Witness 1 [redacted]

When ask [redacted] s ability to remember things, W [redacted] ember minute details of what he did late in the evening [redacted] was "pretty vivid" in his mind. When asked how much al [redacted] ybe three or four beers. Witness 13 stated that he had a [redacted] arty.

When asked if it was his recolle [redacted] ated that he could fully see Respondent's body parts, includ [redacted] t see Complainant 's body parts. When asked if it would be [redacted] barts were visible, Witness 13 stated that a person may be a [redacted] etty much covering her up. Witness 13 stated that he sa [redacted] ame of the person who posted the picture on the Group [redacted] e didn't see. When asked if anyone told him that Witness 15 [redacted] When asked if he suspected it might have bee [redacted] what was going on, Witness 13 stated that he s [redacted] d in him and Witness 15 to tell them to apologize.

When asked how he got into his house, Witness 13 stated that there was a combination lock on the back door. Witness 13 stated that he was on the first floor, so he just typed in the combination to enter the house. When asked how he got into his room, Witness 13 stated his door is not locked and that nobody really locks their doors. When asked if anyone had a door that locked, Witness 13 stated that there was one room on the third floor that had a combination lock. Witness 13 stated that he doesn't even think they were given keys to lock their doors. When asked about a card to open the doors, Witness 13 stated, "Definitely not a card. Not even a key, I think." When asked if it was only the outside door that had the key code, Witness 13 stated, "Yes." Witness 13 stated that this was an environment in which people were walking into everyone's rooms, "even at like 3 [redacted] asked what he would do if he did want privacy, Witness 13 stated that he would go into the be [redacted] ed that there is a lock on the inside, but there is no key to get into the room. When asked if tho [redacted] s 13 stated that they did. Witness 13 clarified that the lock he was referring to was on the door le [redacted] en asked if there were locks on the bedroom

---

[11] Referring to the Office of Student Conduct.

doors, Witness 13 stated that he couldn't remember.  Witness 13 stated that he didn't remember having a key to his room, but people could request keys from the house manager.

there was a key pad or anything to get into Student A's room, Witness 13 stated, "No." Witness 13 stated installed in October/November, so there is one now, but there wasn't at the time of the reported incident. there was a lock or anything that would have made it difficult for him to get into Student A's room, ted, "No." Witness 13 stated that the door was completely unlocked. When asked if he remembers if was completely open and that he could see Witness 14 laughing from where he was standing in the hall. Witness 13 stated that he thought something funny was going on so he went in. When asked if Witness 14 opened the door or if it was already open, Witness 13 stated that he didn't know if the door was slightly ajar or closed, but Witness 14 twisted the door handle and went right in. When asked if Witness 14 at least pushed the door a little bit, Witness 13 stated that Witness 14 did.

When asked about Complainant, Witness 13 stated that Complainant  was on her hands and knees. Witness 13 stated that he was completely focused on Respondent and he didn't know Complainant . Witness 13 stated that Respondent was cove... ...ainant had brown hair. Witness 1... ...ke Complainant noticed people w... ...ant turning her face and putting it... ...ness 13 stated that he was trying to visualize what happene... ...ers Complainant putting her face into the pillow. When a... ...ready, Witness 13 stated that he thinks Complainant mov... ...f, Witness 13 stated that Complainant was on her forearm... ...on her knees. When asked if Complainant seemed sl... ...plainant had been slumped he doesn't think she w... ...d that he remembers what the picture looks like. Witness 1... ...herself.

When asked if he would be surp... ...nd than what Witness 13 described, Witness 13 stated, "Y... ...ith his fingers. When asked how confident he feels ab... ...ness 13 stated that it depends to what extent. W... ...ds the couch, holding herself up." When asked if ... ...Witness 13 drew the position Complainant  was in.

When asked if he remembered hearing anything at that time, Witness 13 stated "No." Witness 13 stated that fraternity house is always blasting music from every room. Witness 13 stated that he didn't hear Respondent and Complainant having sex. When asked about Witness 14's laugh, Witness 13 stated that he remembered hearing Witness 14 laugh. Witness 13 stated that he didn't remember any specific sounds. When asked if he remembered feeling anything on his body at that time, Witness 13 stated "No." When asked if he remembered smelling anything, Witness 13 stated, "No." When asked what his girlfriend was doing, Witness 13 stated that she was walking past the room. When asked if His girlfriend came to see what was happening, Wi... ...When asked if His girlfriend turned around to see what was going on, Witness 13 stated, "No." W... ...s girlfriend was a couple strides ahead of him. When asked if his girlfriend had made it upstai... ...tness 14 were done, Witness 13 stated that she doesn't remember if he met his girlfriend halfw... ...e room. When asked if he told his girlfriend about what had happened, Witness 13 stated that he ... ...end, "I just saw (Respondent) having sex in there. Ha ha." Witness 13 stated that his girlfriend laughed and that was it.

When asked if anyone has ever asked him to say anything different from the truth, Witness 13 stated, "No." Witness 13 stated that he has been told to tell the complete truth. When asked when he realized that people were having sex, Witness 13 stated that it was after he went into the room and saw it with his eyes. When asked if people are generally ████████████████ ock before going into one of those rooms, Witness 13 stated, "No." Witness 13 stated that if someone ████████████████ per bedroom that was a different story. Witness 13 stated that there are normally sheets covering the ████████████████ e can go in there to have sex in private. Witness 13 stated that they were called "shagger sheets." Witness ████████████████ if someone was bringing their girlfriend back to have sex, that person would go in the bedroom and that's ████████████████ uld do their thing. When asked if there was a door between the bedroom and the couch area, Witness 13 confirmed that there was. When asked if there were more than one bed in each bedroom, Witness 13 confirmed that there was.

When asked if he ever walked in on someone changing in a bedroom or common room, Witness 13 stated that it is a fraternity house and people are walking around in their underwear all the time, even outside in the hallway. When asked if it would be unexpected to walk into a room and seeing someone with just their underwear on, Witness 13 stated that would not be unexpected. When asked if he saw Respondent or Complainant at the party, Witness 13 stated that he didn't. Witness 13 stated that he had no idea who Complainant was.

When asked ██████████████████████████████████████ stated, "Yes." Witness 13 stated th██████████████████████████████████████ he sent the SnapChat and it wasn't ██████████████████████████████████████ e didn't want to make anyone f██████████████████████████████████████ ness 13 stated that he has. When asked about the noti██████████████████████████████ s 13 stated that SnapChat tells you when that happens. W██████████████████████████████ ted that it was irresponsible, impulsive, and so██████████████████████████████ omething that he would never do, Witness 13 stated tha██████████████████████████████. Witness 13 stated that he was under the impression th██████████████████████████████ and ask why Respondent was in the room in the first plac██████████████████████████████ ble, dumb, and nobody should be taking pictures of peo██████████████████████████████ was engaging with while he was in the room. Witness 13 sta██████████████████████████████ ted that he remembers Respondent giving him a thumb██████████████████████████████ ed that he wasn't looking at Complainant, which was ano██████████████████████████████ Respondent said it was fine and that Complainant didn'██████████████████████████████

## Witness 14

Witness 14 was interviewed on July 25, 2018 by Inv. Cardosa and Inv. McDowell.

Witness 14 stated that, on the day of the reported incident, he was at Purdue visiting a friend, and returned to IU around 4-6 pm. Witness 14 stated that he had missed 75-80% of the party at Sigma Phi Epsilon. Witness 14 stated that the party at Sigma Phi Epsilon had started around 1:30 or 2 pm and people had been texting Witness 14 asking if he was going to be back in time for the party.

Witness 14 stated that, on the day of the repo███ ████████, he looked for Student A because he was going to sell Student A an Xbox. Witness 14 stated that he p██████████████ na Nu parking lot and went to Student A's room. Witness 14 stated that, when he entered Stude██████████████ spondent in the room having sex with a female, referring to Complainant. Witness 14 stated th██████████████ espondent was in Student A's room since Respondent did not live in the fraternity house████████████

When asked where Respondent and Complainant were located, Witness 14 stated that they were on the couch. Witness 14 stated that he was only able to see Respondent and he could not really see Complainant. Witness 14 stated that,

when he walked into the room, he made eye contact with Respondent and Respondent was smiling. When asked if Respondent or Complainant said anything when he entered the room, Witness 14 stated that they did not. When asked if either Respondent or Complainant looked at him when he opened the door, Witness 14 stated that Complainant did not ███████████████ed the door, but he honestly can't remember. When asked if he could tell if Complainant was conscious, ████████████ted that Complainant was in a position that she couldn't have maintained had she been passed out. ██████████████hat position Respondent and Complainant were in, Witness 14 stated that Complainant was on her hands ██████████ Respondent was behind her, and that they were in a "doggystyle" position.

Witness 14 stated that he said to himself, "Why is this happening, right out in the open?" Witness 14 stated that he wondered why Respondent and Complainant weren't in the sleeping area where the beds were. Witness 14 stated that he stood for about one second and was flabbergasted. Witness 14 stated that he had taken a half-step into the room, saw Respondent and Complainant, then turned around, left the room, and closed the door. Witness 14 stated that he was laughing in the hallway after exiting Student A's room. Witness 14 stated that Witness 13 came up to him in the hallway and asked why he was laughing. Witness 14 stated that he told Witness 13 what he saw. Witness 14 stated that Witness 1█ said "No way!" Witness 14 stated that he jokingly said to Witness 13, "Hey, go look for yourself," but Witness 14 didn't ████████████████████████████████████████████████ Witness 13 that day, Witness 1█████████████████████████████████████████████lway and then Witness 14 went into ████████

Witness 1███████████████████████████████████████████ent A was really drunk and still at Sigma Phi Epsilon.  Witne███████████████████████████████████out of Student A's room. Witness 14 stated that Witness ███████████████████████████████conds. When asked if he ever went into Student A's room████████████████████████████ed if there was anyone else in the hallway when Witness ███████████████████████████es not remember, but he only remembers seeing Witness ███████████████████████████ook for Student A.

**Witness 15**

Witness 15 was provided with m████████████████████████████ion. Witness 15 declined to provide one to Inv. McDowell███████████████████████████email sent by Inv. Cardosa on August 13, 2018 requesting a█████████████

**IV.    Additional Evidenc**████████████

**Text Messages**

Respondent submitted text messages that were sent between September 4, 2017 and October 9, 2017 between him and Complainant in which they discuss the reported incident. Complainant also submitted some of the same text messages.

Complainant submitted a text messages sent on September 4, 2017 between her and her friend.[12]

**Videos, Pictures, and Audio Recording**

Witness 12 submitted a SnapChat video of Com██████████████ e day of the reported incident.

---

[12] No information was provided to indicate that this friend had any additional information other than seeing the picture. Therefore, the friend was not interviewed.

IUPD provided OSC with the picture of sexual activity between Complainant and Respondent on the day of the reported incident.

████████ 2018, OSC received a recording of Respondent's verbal statement to the Monroe County Prosecutor from ████████

████ 19, 2018, OSC received a recording of Witness 13's verbal statement to the Monroe County Prosecutor

**Additional Documents**

Witness 12 submitted her description of the SnapChat video that she also submitted.

IUPD Report: OSC received a copy of IUPD police report 181327. On May 25, 2018, Officer Garth Vanleeuwen met with Complainant. The report contains Complainant's statement to police, Respondent's statement to police, Witness 6's statement to police, Witness 3's statement to police, an IU student's[13] statement to police, and a description of the picture taken of sexual activity between Complainant and Respondent.

**V.   I████████**

**a.   M████**

It is not i█████████████████████████████████████ the Sigma Nu fraternity house.  It is not in dispute that ██████████████████████████████ nal penetration occurred between Respondent and Comp███████████████████████████ ring between Respondent and Complainant, an individual ████████

**b.   Material Facts in Dispute**

It is in dispute whether Respond███████████████████████████on without her consent and whether specific factors, suc███████████████████████s in dispute whether Respondent penetrated Compla███████████████████████ted and/or without her consent.

Regarding Complainant's le█████████████████████████pacitated at the time of the sexual contact and pen███████████████████████own that Complainant was incapacitated, and therefore could not provide consent.

It is in dispute whether the alleged behaviors constituted sexual harassment by being unwelcome conduct of a sexual nature that was sufficiently severe, persistent, or pervasive to create a hostile environment.

It is in dispute whether Respondent allowed another individual to photograph or take a video of Respondent engaging in sexual intercourse with Complainant without her consent.

---

[13] Respondent did not ask for this student to be called as a witness for the OSC investigation. In his statement to IUPD, the student stated that he never saw Respondent and Complainant together at the party on the day of the reported incident.

c. **Applicable Policies and/or Code Sections**

Both the Indiana University Sexual Misconduct Policy UA-03 and *The Code of Student Rights, Responsibilities, and* ... given the nature of the allegations at hand.

...nt engaged in behaviors toward Complainant that may constitute sexual harassment and/or sexual ...espondent digitally penetrated Complainant's vagina and penetrated Complainant's vagina by force, ...er consent, and/or while she was incapacitated.

(2)  Respondent engaged in behaviors that may constitute sexual exploitation. Respondent allowed another individual to photograph or take a video of Respondent engaging in sexual intercourse with Complainant without her consent.

Sexual Misconduct under the IU Sexual Misconduct Policy includes the below definitions that are relevant to this investigation:

- **Sexual Assault:** Sexual assault includes:
  1. Non-consensual Sexual Penetration is committed when an individual subjects another person to sexual ... the intimate area of ... of another person with

- **Sexual Harassment:** Sex... ...nature. Sexual harassment includes sex... ...s prohibited. Sexual harassment can include ... ...her verbal, nonverbal, written, electronic (e.g. ... ...ual nature. Sexual harassment occurs whe...
  1. submission to o... ...y a condition of an individual's emp... ...oyment decisions or for academic evalua...
  2. such conduct is ... ...rson's ability to participate in or ... ...employment, creating a hostile environm...

- **Sexual Exploitation** ... ...h or without the knowledge of the other ... ...ncial gain, personal benefit, or any other non-legitimate purpose. Examples of sexual exploitation include but are not limited to:
  - Non-Consensual streaming, audio – or video- recording, photographing, or transmitting intimate or sexual utterances, sounds, or images without consent of all parties involves;
  - Allowing others to view sexual acts (whether in person or via a video camera or other recording device) without the consent of all other parties involved;
  - Engaging in any form of voyeurism (e.g., "pepping");
  - Prostituting another individual
  - Compelling another individual ... ...or another person's (third party) intimate parts without consent;
  - Knowingly exposing another in... ...nsmitted disease or virus without that individual's knowledge; and
  - Inducing incapacitation for the purpose of making another person vulnerable to non-consensual sexual activity.

- **Sexual Penetration:** means sexual intercourse in its ordinary meaning, cunnilingus, fellatio, anal intercourse or ▮▮▮trusion, however slight, of any part of the actor's or person's body or any object manipulated by the actor ▮▮▮ ▮e genital or anal openings of the person's body.

  ▮ **Violence:** refers to physical sexual acts perpetrated against a person's will or where a person is incapable ▮▮▮g consent due to use of drugs or alcohol, or due to an intellectual or other disability. Sexual violence ▮▮▮es rape and sexual assault.

- **Consent:** Consent is an agreement expressed through affirmative, voluntary words or actions, and mutually understandable to all parties involved, to engage in a specific sexual act at a specific time:
  1. Consent can be withdrawn at any time, as long as it is clearly communicated.
  2. Consent cannot be coerced or compelled by force, threat, deception or intimidation.
  3. Consent cannot be given by someone who is incapacitated, as defined below.
  4. Consent cannot be assumed based on silence, the absence of "no" or "stop", the existence of a prior or

- **F**▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮esistance or (b) the threat o▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ person in fear of death o▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮sonably believes that the actor has the present or▮▮

- **Incapacitation:** A person ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮acts, nature, extent, or implications of the situa▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮unconscious, or based on their age (pursuant to I▮

  Consent does not exist ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ve known of the other person's incapacitation. ▮▮▮

The specific portions of the Cod▮▮▮▮▮

**H18:** Harassment, including ▮▮▮▮▮▮▮

**H20(d):** When an individual commits sexual assault as defined in the Sexual Misconduct Policy, UA-03, including the following:

1) Non-consensual Sexual Penetration, and/or
2) Non-consensual Sexual Contact.

**H28:** Engaging in conduct in violation of the Sexual Misconduct Policy, UA-03 not otherwise covered in H1 through H27 of this section.

The panel must determine whether, by a prepo▮▮▮▮▮▮▮▮▮▮ce, Respondent engaged in behaviors toward Complainant that may constitute sexual assau▮▮▮▮▮▮▮▮ and/or sexual penetration without her consent, while she was incapacitated, and/or by force.

The panel must determine whether, by a preponderance of the evidence, Respondent engaged in unwelcome conduct or behavior of a sexual nature toward Complainant that may constitute sexual harassment through the creation of ̶h̶o̶s̶t̶i̶l̶e̶ ̶e̶n̶v̶i̶r̶o̶n̶m̶e̶n̶t̶.

... t determine whether, by a preponderance of the evidence, Respondent engaged in behaviors toward ... hat may constitute sexual exploitation, by allowing another individual to photograph or take a video of ... gaging in sexual intercourse with Complainant without her consent.

Simone Cardosa, Lead Investigator

10/8/18
Date