UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-03713-TWP-MJD |
| ) | |
| INDIANA UNIVERSITY - BLOOMINGTON, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for an in-person pretrial conference on **Wednesday, December 5, 2018 at 10:30 a.m.** (**Eastern**), in Room 257, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore. The purpose of the conference is to discuss a discovery plan, briefing schedule, and to determine a date for the hearing on preliminary injunctive relief, as well as the estimated time required for such hearing pursuant to the Court's Order. [Dkt. 21]. The parties shall appear by their counsel. Counsel for Plaintiff is ordered to serve a copy of this order on Defendant and file proof of such service on or before **December 3, 2018**.

SO ORDERED.

Dated: 29 NOV 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.