UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03713-TWP-MJD |
| | ) | |
| INDIANA UNIVERSITY - BLOOMINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR DECEMBER 5, 2018
IN PERSON PRETRIAL CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a Pretrial Conference. The Court and parties discussed a schedule to prepare the matter to address Plaintiff's motion for preliminary injunction, which schedule will be entered by separate order.

This matter is scheduled for a telephonic status conference on **Tuesday, December 11, 2018 at 11:30 a.m. (Eastern)** to discuss case status. The conference will also address any issues regarding the parties' written discovery requests, objections to which are due by December 10, 2018; in the event such issues arise, the parties are directed to meet-and-confer in an effort to resolve such dispute in advance of the conference and to be prepared to discuss the dispute during the conference (in advance of the conference the parties shall also email to Magistrate Judge Dinsmore at MJDinsmore@insd.uscourts.gov copies of the discovery requests and

responses involved in the dispute). Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 5 DEC 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.