# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-3713-TWP-MJD ) |
| INDIANA UNIVERSITY, | ) ) |
| Defendant. | ) |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

Pursuant to the Court's Amended Scheduling Order [Doc. 31], defendant The Trustees of Indiana University ("University"), by counsel, identifies the following witnesses and exhibits that the University intends to offer at the preliminary injunction hearing:

## Witnesses

1. Libby Spotts
   Associate Dean and Director of Student Conduct, Deputy Title IX Coordinator
   Division of Student Affairs
   Indiana University Bloomington

2. Simone Cardosa
   Investigator for Sexual Misconduct
   Division of Student Affairs
   Indiana University Bloomington

3. Latosha Williams
   Associate Director for Residence Life Student Conduct
   Division of Student Affairs
   Indiana University Bloomington
   Chair of Panel

4. Marjorie Treff
   Clinical Assistant Professor
   School of Education
   Indiana University Bloomington
   Panel Member

5. Barry Magee
   Assistant Director for Diversity Education
   Residential Programs and Services
   Indiana University Bloomington
   Panel Member

6. C. Kurt Zorn
   Associate Vice Provost for Undergraduate Education
   Office of the Vice Provost for Undergraduate Education
   Indiana University Bloomington

7. Any witness necessary to rebut testimony or evidence introduced by plaintiff

8. Any witness necessary to lay the foundation for the admissibility of a document or other exhibit

9. Any person identified during the course of discovery as having information or knowledge relevant to the issues in this matter

10. Any witness listed on plaintiff's witness list

## Exhibits

1. Sexual Misconduct Policy, UA-03

2. Code of Student Rights, Responsibilities, and Conduct
   Available at http://studentcode.iu.edu/about/index.html

3. File regarding John Doe's Sexual Misconduct Hearing

4. Audio Recording of Hearing

5. Panel Decision Letter to John Doe, dated November 6, 2018

6. Decision on Appeal from C. Kurt Zorn to John Doe, dated November 26, 2018

7. All deposition exhibits

8. All pleadings and documents filed with the Court

9. Any documents identified during the course of discovery as containing information relevant to the issues in this matter

10. All exhibits identified on plaintiff's exhibit list

Respectfully submitted,

*/s/ Melissa A. Macchia*
Michael C. Terrell, Atty. No. 2124-49
Melissa A. Macchia, Atty. No. 29920-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
mterrell@taftlaw.com
mmacchia@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Melissa A. Macchia*
Melissa A. Macchia

23997354.1