UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-03713-TWP-MJD |
| ) | |
| INDIANA UNIVERSITY - BLOOMINGTON, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR DECEMBER 11, 2018
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of discovery. The conference concluded without further order.

Dated: 11 DEC 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.