UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03713-TWP-MJD |
| | ) | |
| INDIANA UNIVERSITY - BLOOMINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR DECEMBER 18, 2018**
**DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for an on-the-record Discovery Conference to address a discovery dispute. Plaintiff seeks the production by Defendant of all Sexual Misconduct Hearing Panel decisions for the period July 1, 2017 to the present as responsive to Plaintiff's request for production no. 5. After hearing the arguments of the parties, the Court will treat the dispute as Plaintiff's motion to compel the production of the requested documents; for the reasons more fully set forth on the record of the conference, which are incorporated by reference as though fully set forth herein, that motion is **GRANTED**.

Defendant is ordered to produce all written decisions of its Sexual Misconduct Hearing Panel for the period July 1, 2017 to the present (Defendant represented that fifteen such decisions exist) for receipt by Plaintiff's counsel by no later than **10:00 a.m. (Eastern) on Thursday, December 20, 2018**. Responsive information shall be served as set forth in paragraph 3 of the

Court's December 6, 2018 Amended Scheduling Order. [Dkt. 31 at 2.] To facilitate that production, the Court will *sua sponte* enter a protective order by separate order.

At or before **4:00 p.m. (Eastern) on Friday, December 21, 2018**, Plaintiff may file supplemental witness and exhibit lists (as required by paragraphs 4 and 5 of the Court's December 6, 2018 Amended Scheduling Order [Dkt. 31 at 2]) to the extent such lists require amendment based upon the additional information produced; paragraph 8 of the Court's December 6, 2018 Amended Scheduling Order [Dkt. 31 at 3] is hereby amended to confirm that witnesses and/or exhibits disclosed in Plaintiff supplemental witness and exhibit lists filed pursuant to this order may be offered as part of the parties' evidentiary submission.

At or before **4:00 p.m. (Eastern) on Friday, December 21, 2018**, Plaintiff may also serve additional and/or amended affidavits and/or verified declarations (as required by paragraph 7 of the Court's December 6, 2018 Amended Scheduling Order [Dkt. 31 at 2-3]) to the extent such documents require amendment or supplementation based upon the additional information produced. Such documents shall be served as set forth in paragraph 3 of the Court's December 6, 2018 Amended Scheduling Order [Dkt. 31 at 2], for receipt by counsel for Defendant at or before **4:00 p.m. (Eastern) on Friday, December 21, 2018**.

SO ORDERED.

Dated: 18 DEC 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.