DIVISION OF STUDENT AFFAIRS

# OFFICE OF STUDENT CONDUCT

June 6, 2018

John Doe
John Doe @iu.edu
0003455869

Dear Mr. John Doe

The Dean of Students has received a report concerning your alleged involvement in actions which are against University policy as indicated in the Code of Student Rights, Responsibilities, and Conduct (*www.iu.edu/~code*) and the University Sexual Misconduct Policy (http://policies.iu.edu/policies/categories/administration-operations/equal-opportunity/sexual-misconduct.shtml).

Based on the content of the above report, the Office of Student Conduct will conduct an investigation regarding the allegations. Specifically, it is alleged that, on or around September 4, 2017, in your room at the Sigma Nu fraternity house, you engaged in behaviors towards IU student Jane Doe that may constitute sexual exploitation, sexual harassment and/or sexual assault. These alleged behaviors include penetrating her vagina with your penis by force, without her consent, and/or while she was incapacitated and allowing another individual to photograph or take a video of you engaging in sexual intercourse with Jane Doe without her consent.

I have scheduled an investigation meeting with you regarding the above allegation(s) to be held on **Friday June 8, 2018 at 8:00am at the Office of Student Conduct, 801 N. Jordan Avenue.** If you are unable to attend this meeting in person, you can participate via Skype or telephone; you will need to provide your contact information. At the investigation meeting, we will meet to discuss the process and procedures related to incidents involving sexual misconduct. At this meeting, you will have the opportunity to share information related to the incident and any possible witnesses related to the incident for future contact. If an academic conflict makes it impossible to attend, you must contact this office immediately upon receipt of this letter. If you fail to appear for the meeting a University's service-indicator hold will be placed on your account, which will restrict you from receiving many services from course registration to transcript requests.

**No Contact Order:** Please be advised that you are to have no contact with IU student Jane Doe, either directly or indirectly, in any form, which includes but is not limited to any type of phone call, voice mail message, personal contact, social media, text messaging, letter, e-mail, message delivered by a third party, being in her presence, or contact with her personal property. Failure to comply with this order will result in summary suspension from Indiana University and/or additional code of conduct charges.

Pertinent information about the sexual misconduct proceedings can be found at this website: http://studentcode.iu.edu/procedures/iu-wide/sexual-misconduct.html. You can have an advisor with you at this meeting. There are two offices that can assist you as you prepare for the hearing process; the Student Advocates Office, which can be reached by calling 812-855-0761 and the IU Student Association's Department of Student Rights, which can be contacted via their website: www.indiana.edu/~iusasr. If you have questions about the content of this letter, please feel free to contact me by phone at (812) 855-5419.

Sincerely,

Simone Cardosa

Simone Cardosa
Sexual Misconduct Investigator
Office of Student Conduct