UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-3713-TWP-MJD |
| ) | |
| INDIANA UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SUBSTITUTE

Plaintiff, John Doe ("John"), by counsel, files his Motion to Substitute Exhibit No. 3 from Dkt. 47 (Dkt 47-3). In support, John states:

1. On January 3, 2019, John filed his Designation of Evidence.

2. After filing, John's counsel realized that the document uploaded as Exhibit 3 to Dkt. 47 was not the correct document.

3. Therefore, John requests the Court to remove Exhibit 3 from Dkt. 47 and replace it with the correct document attached hereto as Exhibit 1.

WHEREFORE, Plaintiff John Doe respectfully requests that this Court withdraw Exhibit 3 from Dkt. 47 and replace it with Exhibit 1 attached hereto.

Respectfully submitted,

/s/ *Margaret M. Christensen*
Margaret M. Christensen, 27061-49
Jessica Laurin Meek, 34677-53
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street

Indianapolis, IN  46204  
mchristensen@bgdlegal.com  
jmeek@bgdlegal.com

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on January 4, 2019, the foregoing was filed electronically via the Court's electronic filing system. I further certify that the foregoing was served via first class mail and by email.

Michael C. Terrell  
Melissa A. Macchia  
TAFT STETTINIUS & HOLLISTER LLP  
One Indiana Square, Suite 3500  
Indianapolis, IN 46204  
T: (317) 713-3500  
F: (317) 713-3699

/s/ <i>Margaret M. Christensen</i>  
<i>An Attorney for John Doe</i>