UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-3713-TWP-MJD |
| ) | |
| INDIANA UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO MAINTAIN DEFENDANT'S
## DESIGNATED DOCUMENTS UNDER SEAL

Plaintiff John Doe ("John"), by counsel and pursuant to Local Rule 5-11, respectfully requests that the Court maintain Dkt. 44-18 and Dkt. 44-19 under seal.

Maintaining the foregoing documents under seal is appropriate for the reasons set forth in John's *Brief in Support of Motion to Maintain Documents Under Seal*, Dkt. 7, which John filed contemporaneously with his Verified Complaint and Motion for Preliminary Injunction, and John's *Brief in Support of Motion to Proceed Anonymously*, Dkt 3. In sum, the foregoing documents contain identifying information regarding the Respondent while engaged in intimate activities.

WHEREFORE, John respectfully requests the Court maintain the above-listed documents under seal.

Respectfully submitted,

/s/ *Margaret M. Christensen*
Margaret M. Christensen, 27061-49
Jessica Laurin Meek, 34677-53
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower

10 West Market Street  
Indianapolis, IN  46204  
mchristensen@bgdlegal.com  
jmeek@bgdlegal.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 7, 2019, the foregoing was filed electronically via the Court's electronic filing system. I further certify that the foregoing was served via email to:

Michael Terrell  
Melissa A. Macchia  
TAFT STETTINIUS & HOLLISTER LLP  
One Indiana Square, Suite 3500  
Indianapolis, IN 46204  
T: (317) 713-3500  
F: (317) 713-3699  

/s/ *Margaret M. Christensen*  
*An Attorney for John Doe*
