UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-3713-TWP-MJD |
| | ) |
| INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO SUBSTITUTE**

The Plaintiff, John Doe having submitted his Motion to Substitute, and the Court having reviewed the same, now GRANTS the Motion.

It is therefore ORDERED, ADJUDGED and DECREED that Exhibit 3 of Docket 47 is WITHDRAWN.  The corrected exhibit can be located at Dkts 56-1, 56-2 and 56-3.

So ORDERED

Date: 1/7/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF

19877730.1