UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-3713-TWP-MJD |
| ) | |
| INDIANA UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON DEFENDANT'S MOTION TO STRIKE

This matter came before the Court on Defendants' Motion to Strike plaintiff John Doe's designation of evidence in support of his motion for preliminary injunction. The Court being duly advised, now GRANTS in part and DENIED in part said Motion.

The portion of plaintiff's designation [Doc. 47] titled "Particular Designations" which summarizes the fact designations will be considered by the Court. Plaintiff's arguments regarding the meaning of the designations is stricken from the record and will not be considered by the Court.

Dated: 1/8/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

All ECF-registered counsel of record via email generated by the Court's ECF System

24107158.1