# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03713-TWP-MJD |
| | ) |
| INDIANA UNIVERSITY - BLOOMINGTON, | ) |
| | ) |
| Defendant. | ) |

## ENTRY FOLLOWING HEARING HELD JANUARY 7, 2019

This matter is before the Court for hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 4). Plaintiff appeared by counsel Jessica Laurin Meet and Margaret M. Christensen. Defendant appeared by counsel Melissa A. Macchia and Michael C. Terrell. Joseph M. Scodro appeared as counsel for   The Court Reporter was Jean Knepley.

Argument was heard on Defendant's Motion to Strike (Dkt. 48). Dkt 48 was **GRANTED** in part and **DENIED** in part.

Attorney Christensen presented oral argument on Plaintiff's Motion for Preliminary Injunction (Dkt. 4) on behalf of Plaintiff. Attorney Terrell presented oral argument on behalf of Defendant.

This matter was taken under advisement.

IT IS SO ORDERED.

Date:   1/8/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Margaret M. Christensen
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
mchristensen@bgdlegal.com

K. Michael Gaerte
BINGHAM GREENEBAUM DOLL LLP (Indianapolis)
mgaerte@bgdlegal.com

Melissa A. Macchia
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mmacchia@taftlaw.com

Jessica Laurin Meek
BINGHAM GREENEBAUM DOLL LLP
jmeek@bgdlegal.com

Michael C. Terrell
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mterrell@taftlaw.com