# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-3713-TWP-DLP |
| | ) | |
| INDIANA UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A), Plaintiff, John Doe, by counsel, voluntarily dismisses this action against Defendant, Indiana University, without prejudice.

Respectfully submitted,

/s/ *Margaret M. Christensen*
Margaret M. Christensen, 27061-49
Jessica Laurin Meek, 34677-53
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204
mchristensen@bgdlegal.com
jmeek@bgdlegal.com

*Attorneys for Plaintiff John Doe*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of February 2019, a copy of the foregoing Notice of Dismissal Without Prejudice was filed via the Court's electronic filing system.

Michael C. Terrell
Melissa A. Macchia
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
T: (317) 713-3500
F: (317) 713-3699

*/s/ Margaret M. Christensen*
*An Attorney for John Doe*